IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LIFESTYLE COMMUNITIES,
LTD., *et al.*,

    Plaintiffs,

v.

CITY OF WORTHINGTON,

    Defendant.

Case No. 2:22-cv-1775
Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Joint Motion to Amend Case Schedule.  (ECF No. 31.)  For good cause shown, the Motion is **GRANTED**.  The case schedule is hereby **AMENDED** as follows:

| | |
|---|---|
| Deadline to Amend Pleadings or Join Additional Parties | March 31, 2023 |
| Primary Expert Report(s) Due | April 14, 2023 |
| Rebuttal Expert Report(s) Due | June 2, 2023 |
| Close of Discovery | July 21, 2023 |
| Dispositive Motion Deadline | August 4, 2023 |

**IT IS SO ORDERED.**

DATED: September 26, 2022

*/s/ Elizabeth A. Preston Deavers*
**ELIZABETH A. PRESTON DEAVERS**
**UNITED STATES MAGISTRATE JUDGE**