**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**LIFESTYLE COMMUNITIES,
LTD, *et al.*,**

             **Plaintiff(s),**                    **Civil Action 2:22-cv-1775**
                                                **Judge Sarah D. Morrison**
      **v.**                                   **Magistrate Judge Elizabeth P. Deavers**

**CITY OF WORTHINGTON, OHIO,**

             **Defendant(s).**

<u>**NOTICE**</u>

      **TAKE NOTICE** that a Status Conference will be held before the Honorable Elizabeth A.

Preston Deavers on **AUGUST 16, 2023,** at **2:30 PM**.  The parties are directed to call **1-877-336-**

**1280**, enter access code **7598806#**, followed by security code **1234#**.

**Date: August 16, 2023**                 ***s/Sherry Nichols***         
                                        Sherry Nichols, Courtroom Deputy
                                        Sherry_Nichols@ohsd.uscourts.gov
                                        614-719-3460