IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LIFESTYLE COMMUNITIES, LTD**, *et al*.,

    **Plaintiff(s)**,

v.                                        **Civil Action 2:22-cv-1775**
                                                        **Judge Sarah D. Morrison**
                                                        **Magistrate Judge Elizabeth P. Deavers**

**CITY OF WORTHINGTON, OHIO**,

    **Defendant(s)**.

## NOTICE OF HEARING

**TAKE NOTICE** that a Telephonic Status Conference will be held before the Honorable Elizabeth A. Preston Deavers on **NOVEMBER 17, 2023,** at **11:30 A.M**. The parties are directed to call **1-877-336-1280**, enter access code **7598806#**, followed by security code **1234#**.

**Date: November 13, 2023**            *s/Sherry Nichols*
                                         Sherry Nichols, Courtroom Deputy
                                         Sherry_Nichols@ohsd.uscourts.gov
                                         614-719-3460