**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **LIFESTYLE COMMUNITIES, LTD., et al.** )<br>)<br>)   **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**CITY OF WORTHINGTON, OHIO,** )<br>)<br>   **Defendant.** ) | **CASE NO. 2:22-cv-01775-SDM-EPD**<br><br>**JUDGE SARAH D. MORRISON**<br><br>**MAGISTRATE JUDGE ELIZABETH PRESTON DEAVERS** |

## CITY OF WORTHINGTON'S NOTICE OF DEPOSITION OF MICHAEL DEASCENTIS

Please take notice that by agreement of the Parties, and pursuant to Fed.R.Civ.P. 30, the City of Worthington, Ohio (the "City"), by and through counsel, will take the deposition of Michael DeAscentis, upon oral examination on January 26, 2024, beginning at 9:30 a.m. at the offices of Dickey, McCamey & Chilcote, P.C., 10 West Broad Street, Suite 1950, Columbus, Ohio 43215. The deposition shall be recorded by stenographic and videographic means. Counsel for the City retained and scheduled a court reporter and videographer. The testimony may also be recorded by sound recording.

The deposition shall continue up to the maximum permitted under Fed.R.Civ.P. 30(d)(1) unless otherwise necessary pending keeping the deposition open or pursuant to other circumstances.

Respectfully submitted,

/s/Richard J. Silk, Jr.
Richard J. Silk, Jr. (0074111)
**DICKIE, McCAMEY & CHILCOTE, P.C.**
10 W. Broad Street, Suite 1950
Columbus, Ohio  43215
(614) 484-1190 – Telephone
(888) 811-7144 – Facsimile
rsilk@dmclaw.com

Paul J. Schumacher
**DICKIE, McCAMEY & CHILCOTE, P.C.**
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio  44114
(216) 685-1827 – Telephone
(888) 811-7144 – Facsimile
pschumacher@dmclaw.com

Yazan S. Ashrawi
Thaddeus M. Boggs
Frost Brown Todd, LLC
10 W. Broad Street, Suite 2300
Columbus, Ohio  43215
(614) 464-1221 – Telephone
(614) 464-1737 – Facsimile
yashrawi@fbtlaw.com
tboggs@fbtlaw.com

*Counsel for Defendant*
*City of Worthington, Ohio*

**CERTIFICATE OF SERVICE**

This is to certify that a true and exact copy of the foregoing has been electronically filed and will be served upon the following via the Court's CM/ECF system this 16th day of January, 2024:

Joseph R. Miller, Esq.
Christopher L. Ingram, Esq.
Emily J. Taft, Esq.
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
*Attorney for Plaintiffs*
*Lifestyle Communities, Ltd.*
*and Worthington Campus, LLC*

/s/Richard J. Silk, Jr.
Richard J. Silk, Jr. (0074111)
*Counsel for Defendant*
*City of Worthington, Ohio*