**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| LIFESTYLE COMMUNITIES, LTD., et al. | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| CITY OF WORTHINGTON, OHIO, | ) ) ) |
| Defendant. | ) ) |

CASE NO. 2:22-cv-01775-SDM-EPD

JUDGE SARAH D. MORRISON

MAGISTRATE JUDGE
ELIZABETH PRESTON DEAVERS

## MOTION TO APPOINT PROCESS SERVER OF DEFENDANT CITY OF WORTHINGTON

Now comes Defendant, City of Worthington (hereinafter "Defendant"), by and through counsel, and hereby moves this Honorable Court to appoint a Special Process Server for purposes of obtaining nationwide service of process and serving subpoenas for discovery and trial.

Specifically, Defendants move this Court to appoint the following entity and its respective agents, all of whom are of the age of majority and who are not parties to the within action:

Veritext Legal Solutions
41 S High Street
Suite 1670
Columbus, OH 43215

Respectfully submitted,

/s/ Richard J. Silk, Jr.
Richard J. Silk, Jr. (0074111)
**DICKIE, McCAMEY & CHILCOTE, P.C.**
10 W. Broad Street, Suite 1950
Columbus, Ohio  43215
(614) 484-1190 – Telephone
(888) 811-7144 – Facsimile
rsilk@dmclaw.com

Paul J. Schumacher
**DICKIE, McCAMEY & CHILCOTE, P.C.**
600 Superior Avenue East
Fifth Third Center, Suite 2330
Cleveland, Ohio  44114
(216) 685-1827 – Telephone
(888) 811-7144 – Facsimile
pschumacher@dmclaw.com

Yazan S. Ashrawi
Thaddeus M. Boggs
Frost Brown Todd, LLC
10 W. Broad Street, Suite 2300
Columbus, Ohio  43215
(614) 464-1221 – Telephone
(614) 464-1737 – Facsimile
yashrawi@fbtlaw.com
tboggs@fbtlaw.com

*Counsel for Defendant*
*City of Worthington, Ohio*

## **CERTIFICATE OF SERVICE**

This is to certify that a true and exact copy of the foregoing has been electronically filed and will be served upon the following via the Court's CM/ECF system this 26th day of January, 2024:

Joseph R. Miller
Christopher L. Ingram, Esq.
Emily J. Taft
Vorys, Sater, Seymour and Pease, LLP
52 East Gay Street
P.O. Box 1008
Columbus, Ohio 43216-1008
*Attorney for Plaintiffs*
*Lifestyle Communities, Ltd.*
*and Worthington Campus, LLC*

/s/ Richard J. Silk, Jr.
Richard J. Silk, Jr. (0074111)
*Counsel for Defendant*
*City of Worthington, Ohio*