IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LIFESTYLE COMMUNITIES, LTD., *et al.*,

    Plaintiffs,

v.

CITY OF WORTHINGTON,

    Defendant.

Case No. 2:22-cv-1775
Judge Sarah D. Morrison
Magistrate Judge Elizabeth P. Deavers

## ORDER

This matter is before the Court for consideration of the Motion to Appoint Process Server of Defendant City of Worthington. (ECF No. 57.) The Motion is **GRANTED**. Veritext Legal Solutions, of 41 S. High Street, Suite 1670, Columbus, Ohio 43215, and/or its agents is **APPOITNED** as a Special Process Server in this action.

**IT IS SO ORDERED.**

DATED: January 29, 2024

    /s/ *Elizabeth A. Preston Deavers*
    **ELIZABETH A. PRESTON DEAVERS**
    **UNITED STATES MAGISTRATE JUDGE**