# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LIFESTYLE COMMUNITIES, LTD.**, *et al.*, | ) Civil Action 2:22-CV-1775 )  ) |
| Plaintiffs, | ) Judge Sarah D. Morrison ) |
| v. | ) ) Magistrate Judge Elizabeth P. Deavers |
| **CITY OF WORTHINGTON, OHIO**, | ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Kara M. Mundy of the law firm Vorys, Sater, Seymour and Pease LLP respectfully enters her appearance as an attorney of record for Plaintiffs Lifestyle Communities, Ltd. and Worthington Campus, LLC in the above-captioned proceeding. Please include the undersigned on all future correspondence, orders, pleadings, and communications.

Dated: January 30, 2024

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ Kara M. Mundy*
Joseph R. Miller (0068463), *Trial Attorney*
Christopher L. Ingram (0086325)
Kara M. Mundy (0091146)
Emily J. Taft (0098037)
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Tel: (614) 464-6233
jrmiller@vorys.com
clingram@vorys.com
kmmundy@vorys.com
ejtaft@vorys.com

*Counsel for Plaintiffs*
*Lifestyle Communities, Ltd. and*
*Worthington Campus, LLC*

## **CERTIFICATE OF SERVICE**

      I certify that the foregoing was served on all parties of record by through the CM/ECF system on January 30, 2024.

                                           */s/ Kara M. Mundy*
                                           Kara M. Mundy