**DO NOT DETACH**  **EXHIBIT C**



**Instrument Number: 202101210012935**
Recorded Date: 01/21/2021 1:11:44 PM



Daniel J. O'Connor Jr.
Franklin County Recorder
373 South High Street, 18th Floor
Columbus, OH 43215
(614) 525-3930
http://Recorder.FranklinCountyOhio.gov
Recorder@FranklinCountyOhio.gov

**Return To (Mail Envelope):**
STEWART TITLE AGENCY OF COLS LTD

Mail Envelope

**Transaction Number:** T20210008246
**Document Type:** DEED
**Document Page Count:** 3

**Submitted By (Mail):**
STEWART TITLE AGENCY OF COLS LTD

Mail

| First Grantor: | First Grantee: |
|---|---|
| UNITED METHODIST CHILDRENS HOME WEST OHIO CONFERENCE OF THE UNITED METHODIST CHURCH | WORTHINGTON CAMPUS LLC |

| Fees: | | Instrument Number: 202101210012935 |
|---|---|---|
| Document Recording Fee: | $34.00 | Recorded Date: 01/21/2021 1:11:44 PM |
| Additional Pages Fee: | $8.00 | |
| **Total Fees:** | $42.00 | |
| **Amount Paid:** | $42.00 | |
| **Amount Due:** | $0.00 | |

OFFICIAL RECORDING COVER PAGE
**DO NOT DETACH**
THIS PAGE IS NOW PART OF THIS RECORDED DOCUMENT
NOTE: If the document data differs from this cover sheet, please first check the document on our website to ensure it has been corrected. The document data always supersedes the cover page.
If an error on the cover page appears on our website after review please let our office know.
COVER PAGE DOES NOT INCLUDE ALL DATA, PLEASE SEE INDEX AND DOCUMENT FOR ANY ADDITIONAL INFORMATION.

**APPENDIX A**



# LIMITED WARRANTY DEED
## AND RESTRICTIVE COVENANT AGREEMENT

KNOW ALL MEN BY THESE PRESENTS THAT: United Methodist Children's Home West Ohio Conference of the United Methodist Church, an Ohio corporation not-for-profit, formerly known as The Methodist Children's Home of the Ohio Annual Conference of the Methodist Church ("**Grantor**"), in furtherance of its continued purpose for the care of children, in accordance with the rules and Discipline of The United Methodist Church of The United States of America now in force, and for One Dollar ($1.00) and other good and valuable consideration paid, grants with limited warranty covenants to Worthington Campus, LLC, an Ohio limited liability company ("**Grantee**"), whose tax mailing address is 431 East Broad Street, Columbus, Ohio 43215, the real property situated in the City of Worthington, County of Franklin, State of Ohio and more particularly described as follows:

>   Being Lot Number Four (4) in Replat of Lot 2 of United Methodist Children's Home Amended Subdivision as the same is numbered and delineated upon the recorded plat thereof, of record in Plat Book 122, Page 75, Recorder's Office, Franklin County, Ohio. Together with all rights of Grantor to the non-exclusive easement for Storm Sewer purposes as more particularly set forth in Instrument No. 201712290183125

>   Prior Instrument References:   Deed Book 1116, Page 31; Deed Book 1116, Page 32 and Official Record 21295, Page J02
>   Parcel Numbers:   100-006774-00

Notwithstanding any limited warranty covenant regarding encumbrances made by the Grantor, this conveyance is expressly subject to real estate taxes and assessments which are not yet due and payable, easements, conditions and restrictions of record, zoning ordinances and legal highways.

Grantee joins Grantor in the execution of this instrument for the purpose of evidencing the parties agreement regarding the following restrictive covenants which shall apply to all of the real property conveyed by this Deed, which shall run with the land and bind every owner and any party with any interest therein from and after the date hereof. The following uses, activities and businesses shall hereafter be prohibited on the subject real property: (i) dance hall or disco where the principal purpose is a dance venue, (ii) sale of sexually explicit products, materials or pornography, (iii) businesses engaging in sexually explicit activities, (iv) sale of drug paraphernalia, (v) the operation of any smoke shop (e.g. "Tobacco for Less"), cigar and/or pipe store, or electronic smoke shop (e.g. selling e-cigarettes) that is primarily dedicated to the sale of tobacco and tobacco related products, (vi) sale of beer, wine or liquor, except where at least thirty-five percent (35%) of the gross sales, calculated on an annual basis, are from the sale of food, provided that no general carry out sales of beer, wine or liquor are permitted to the

CO\6571627.2

called "carry-out store"), and (vii) sales of firearms, ammunition or military armaments. The parties acknowledge that the Grantor would not consummate the subject transfer without such restrictive covenants.

Executed this 24th day of December, 2020.

GRANTOR:

**UNITED METHODIST CHILDREN'S HOME WEST OHIO CONFERENCE OF THE UNITED METHODIST CHURCH,**
an Ohio corporation not-for-profit

By: _____
Cyndy Garn, Board Chair


STATE OF OHIO           :
                        : ss.
COUNTY OF FRANKLIN      :

Before me, a Notary Public in and for said County and State, personally appeared Cyndy Garn, Board Chair of United Methodist Children's Home West Ohio Conference of the United Methodist Church, an Ohio corporation not-for-profit, who acknowledged that she did sign the foregoing instrument and that the same is her free and voluntary act and deed for and on behalf of said corporation not-for-profit.

In Testimony whereof, I have hereunto set my hand and official seal this 24th day of December, 2020.

Stewart Title Company
259 West Schrock Rd.
Westerville, OH  43081

_____
Notary Public



Randall S. Arndt, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

CO\6571627.2

GRANTEE:

**WORTHINGTON CAMPUS, LLC,**
an Ohio limited liability company

By: United Methodist Children's Home West Ohio
Conference of the United Methodist Church,
an Ohio corporation not-for-profit
Its: Sole Member

By: _____
Cyndy Garn, Board Chair


STATE OF OHIO          :
                       : ss.
COUNTY OF FRANKLIN     :

    Before me, a Notary Public in and for said County and State, personally appeared Cyndy Garn, Board Chair of The United Methodist Children's Home West Ohio Conference of the United Methodist Church, an Ohio corporation not-for-profit, the sole member of Worthington Campus, LLC, an Ohio limited liability company, who acknowledged that she did sign the foregoing instrument and that the same is her free and voluntary act and deed for and on behalf of said corporation not-for-profit.

    In Testimony whereof, I have hereunto set my hand and official seal this 24th day of December, 2020.

_____
Notary Public

Randall S. Arndt, Attorney At Law
NOTARY PUBLIC - STATE OF OHIO
My commission has no expiration date
Sec. 147.03 R.C.

This instrument prepared by:    Randall S. Arndt, Esq.
Ice Miller LLP
250 West Street
Columbus, Ohio 43215

CO\6571627.2