| | | |
|---|---|---|
| **LIFESTYLE COMMUNITIES, LTD**., *et al.*, | ) | Civil Action 2:22-CV-1775 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Judge Sarah D. Morrison |
| | ) | |
| **CITY OF WORTHINGTON, OHIO**, | ) | |
| | ) | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 09
# Part 2

# UMCH: Responsibility & Accountability
by David Robinson, 6.24.15

To the casual observer, the UMCH-LC project may seem to have taken on a life of its own, gaining momentum as the wheels of government steadily turn, leading inevitably to that day of a done deal. At the May 18th Council meeting where UMCH was discussed, the impression of unstoppable motion was likely reinforced, as city staff and council members, each in their own way, suggested that they were not the responsible agents in this affair. One was led to believe that it is other persons, other entities, other processes that are driving the train and pulling the strings. But not the City.

This disposition is a potential problem for residents concerned about the fate of UMCH. If one is not responsible, then one is not accountable. And accountability, as the guarantor of wise public policy, is what we now need most.

Here are a few highlights from the meeting that illustrate this issue:

1) Does the City have "control" over the UMCH property?

2) Is the City a bystander regarding the solicitation of prospective developers?

3) Is the 9/3/14 amended Comprehensive Plan a "consensus" document (and therefore authoritative)?

## 1) Does the city have "control" over the UMCH property?

In opening remarks about the UMCH project, a city official said the city doesn't "control" the property. Yes, UMCH owns the land and possesses the private property rights. That's understood. However, our City Council <u>does</u> have legal authority over the zoning of the property, which represents a powerful element of control over what can and cannot be done with the land.

Fully 70% (31 acres)* of the property is zoned S-1 (institutional, e.g., religious, educational, medical), which means that apartments and other residential buildings cannot be built unless the zoning is changed. The current status is "no apartments." So it is only by a deliberate, conscious act by the members of Council—by a majority of them saying "yes" to a rezoning ordinance—that there will be high-density apartments at UMCH. And to prevent apartments, all that Council needs to do is table any rezoning motion that includes the apartments, or, more boldly, vote "no." It is their choice.

So the city staff member's characterization of control represents only half the picture. The full picture is that City Council has legal authority to exercise significant control over the future use of this beautiful plot of land in the heart of our city. Given the far-reaching


EXHIBIT
87

Worthington 041889

consequences, this legal authority is not only a right—it is a responsibility—which I hope our City Council members will acknowledge and exercise for the long-term benefit of our community.

* The remaining 30% of the property is zoned either commercial/office (10 acres along High Street), or Senior Citizen (3.5 acres at the Sunrise facility).

## 2) Is the city a bystander regarding the solicitation of prospective developers?

During the public comment period, resident Erin Armstrong suggested that the UMCH property would be suitable for a higher education facility (consistent with Worthington's traditions), and that the city should look in to this possibility. In response, a member of Council suggested that it would not be appropriate, or even possible, for the city to try to influence who buys or uses the UMCH property. This echo of "we don't control it" was hard to understand. Sure, I expect UMCH and private businesses to initiate and engage in whatever negotiations they see fit. But doesn't the city have an economic development staff that is tasked with attracting businesses and institutions to Worthington? That's their job. So why would it be different with UMCH?

But the city's efforts to determine the future of UMCH precede, and are far more basic, than the soliciting of specific tenants or developers. For example, early in the process the city made the consequential decision to hire MKSK, the consulting firm, to write the amended Comprehensive Plan, and to manage the associated public relations campaign. Given the close history between the City and MKSK (they wrote the 2005 Plan), the possibility of an independent and fresh perspective was precluded. A different consulting firm, with a different range of expertise, a different agenda, and different deliberative process, could have afforded us a very different outcome than the one we currently face. But the city hired MKSK, which largely determined the contents of the amended Plan from the outset.

To understand how MKSK shaped the parameters and terms of the process, it's useful to go back and look at the slides that structured their 12/4/13 public forum (http:// www.worthington.org/DocumentCenter/View/1496). For example, at the beginning of their presentation, MKSK tells us that the "market," "city finances," and our "community" (symbolized by three interlocking, equal-sized circles) represent a "balance of needs." Really? Aren't "city finances" part of the community's interests? Why show them as competing entities? After all, isn't the entire apparatus of city government supposed to serve the community's interests? Further, why should we (and our city council and staff) give the "market" equal status to the "community?" Who established that? Yes, I realize that finances and business interests are critical factors to be included in any analysis, but to say that the "community" is only a third of some decision-making formula is a strange calculus to me.

Worthington 041890

Following the "Balance of Needs" slide, MKSK proceeds to tell us what the market "needs." We are asked to accept the self-contradictory idea that in order to stay prosperous we ought to follow "societal trends" such as creating "distinctiveness." People want something "authentic," therefore (we are told) our already-distinctive, historic community should try to be like others by building high-density population urban centers. Sound confusing? It is, but this is what their slides promote. And this is who the city hired.

So the city, protests notwithstanding, has been very involved in determining what ideas, and which persons, will be brought in to the process for meaningful consideration—and what is to be excluded. Not surprisingly, the resulting amended Comprehensive Plan prepared by MKSK reflects a very specific perspective and agenda. Which brings me to a third point.

### 3) Is the 9/3/14 amended Comprehensive Plan a "consensus" document (and therefore authoritative)?

Toward the end of the Council meeting's public comments period, a lead member of Council said that a large public majority had supported the amended Comprehensive Plan. This statement is consistent with the claim on the city's website that the amended plan is a "consensus" document (http://www.worthington.org/DocumentCenter/View/ 2035). The subtext of these claims of broad-based public support, is that the amended Comprehensive Plan is, and ought to be, the defining authority regarding the future of the UMCH property. And indeed, the city's website explicitly states this: "Once the application [for UMCH development] is submitted, the criteria outlined in the City's Comprehensive Plan will be used to evaluate the submittal." (http://worthington.org/index.aspx? NID=624#). So the status we accord the revised Comprehensive Plan is of critical importance. Is it in fact a consensus document imbued with substantial authority?

Recent facts, in the form of public comment, suggest the opposite. If you look at the long string of WARD blog comments (https://groups.google.com/forum/? utm_source=digest&utm_medium=email/#!forum/ward-members-google), as well Representative Mike Duffey's Facebook posting and comments regarding UMCH (https:// www.facebook.com/StateRepMikeDuffey?fref=ts, particularly the posting from 5/4/15, 1:13 p.m.), the public reaction to the Lifestyle Communities' proposal has been one of widespread, visceral opposition. For example, "No way!", "PASS", "This is shameful!!!", "no", "No", "Horrible!", "No thank you." And, one of my favorites, "Too bad that Facebook does not have a DISLIKE button."

This reflexive opposition appears to be the real consensus, suggesting that the amended Plan, and the project it birthed, reflects the ideas and ambitions of city staff, their

Worthington 041891

consultants, and other members of city government, and not the predominant views and interests of the Worthington community itself.

Perhaps some will protest that this has been a very open process with public hearings, etc.? But simply because there have been public forums, and meetings between staff, council, and members of WARD, etc., does not mean that the expressed interests of the public have been meaningfully incorporated in to the amended Plan—or the LC project now before us. The mere fact that hearings are held does not mean that the public's words are heard. Or respected. If the speech of an individual, or the public at large, is to have meaning in a democratic society, then their ideas must have real potential to tangibly shape resulting policy. I don't see evidence of this within the amended Plan or the LC project, since the contents conform closely to what was proposed by the consultants at the outset.

So I can't accept the claim that the amended Comprehensive Plan represents a mandate. Instead, I see it as the city-consultants' plan, and not the residents' plan. This is not to say that the Plan is not a thoughtful and valuable document. It is. But it represents a specific interest and viewpoint, and should be given just that much authority and no more. To claim otherwise is demeaning to those who do not see their own repeated objections, suggestions, and requests reflected in either the amended Plan or the LC proposal.

For a development project to legitimately claim public endorsement, a very different process from what we have experienced would need to be pursued: a very public, and publicized, exploration of a broad range of truly distinct options for the property (and not minor variations of the same theme), tapping in to multiple sources of inspiration and expertise. For all viable development options, our city would make public comparative analyses of impacts on traffic patterns, schools, existing home values, our quality of life, and our city's coffers. Without these comparative studies, the public cannot make an informed judgment, and is rendered more vulnerable to the arguments and claims of those who suggest they know better.

In sum, I would hope for a process whereby we, the Worthington residents, broadly informed about different development scenarios, have a central role in determining the future character and quality of our community. This would be in the best of democratic traditions, which is why some try to skirt it, and we must assert it.

Worthington 041892

**From:** David Robinson [davidwhitfieldrobinson@gmail.com]
**Sent:** 8/4/2016 6:24:07 PM
**To:** Bonnie Michael [bdmichael@sbcglobal.net]
**CC:** Greeson, Matt [MGreeson@ci.worthington.oh.us]
**Subject:** Re: Resident groups follow up

Thank you.

David Robinson
Sent from my iPhone
Davidwhitfieldrobinson@gmail.com
David@marcyadhesives.com

On Aug 4, 2016, at 5:23 PM, Bonnie Michael <bdmichael@sbcglobal.net> wrote:

David

I am out of town taking advantage of the council break and Matt is working on a reply back and got delayed. We have not forgotten you and the residents you are working with.

Will get back to you soon.

Bonnie

Sent from my iPhone

On Aug 4, 2016, at 5:15 PM, David Robinson <davidwhitfieldrobinson@gmail.com> wrote:

Hello Bonnie and Matt,

It has been nearly a week since sending the email below, and we are eagerly awaiting your reply. Gathering a small working group to initiate a dialog should not require extensive preparation or delay. We're ready. So as before, we would appreciate you proposing two or more meeting times (perhaps one in the evening) so that I can more easily coordinate the busy schedules of our group members.

I feel compelled to note that this request from residents to discuss with the city the acquisition of greenspace at UMCH is not new. We are not being impatient. It was over a year ago that OWA and WARD jointly pursued a formal dialog with you (a letter in June, and a meeting in August) and they never received a meaningful, tangible reply.

This is the background to the latest effort, one full year later, by a now broader coalition of residents—asking the same questions, with renewed focus, and heightened determination. We sincerely hope the two of you—President and Manager, with whom ultimate responsibility lies—will choose to change this frustrating dynamic by engaging us, now, in constructive and forthright dialog.

Best Regards,

David Robinson
614-893-4573 - cell
195 E Dublin Granville Rd
Worthington, OH 43085

---------- Forwarded message ----------
From: **David Robinson** <davidwhitfieldrobinson@gmail.com>



Date: Fri, Jul 29, 2016 at 4:49 PM
Subject: Resident groups follow up
To: "Bonnie D. Michael" <bdmichael@sbcglobal.net>, "Michael, Bonnie" <bmichael@ci.worthington.oh.us>
Cc: "Greeson, Matt" <MGreeson@ci.worthington.oh.us>


Dear Bonnie,

Thank you for your reply email (7/21). We're glad that you and the Council members are reviewing our letter. We hope that the heart of our message—that residents have a basic right to meaningful and sufficient information about significant public policy issues—will be at the center of your reflections.

We are heartened by the fact that the four Council members that have responded directly to our individual letters have affirmed that they support providing us with relevant information. We desire to be informed participants in the decision-making process before us, and this dialog with the City is critical toward that end.

So we are encouraged by this beginning. And while we realize that formal Council proceedings are on hold during recess, we think it would be a mistake to simply remain inert during this period. The window of opportunity now before us may close before long, and so, on behalf of the residents' groups, I'm writing to request a meeting with one or more members of City Council and/or City Staff.

The purpose of this small group meeting is straightforward: to make sure that city staff is not unduly burdened by our request by reaching common understandings upfront as to what is important, reasonable, and necessary in fulfilling our prior inquiries. Further, by understanding the range and depth of what information we will receive from the city, we, the residents, will know where to direct our own time and resources. Lastly, it is our hope that by beginning a direct dialog we can further the spirit of cooperation toward constructive ends.

I would expect that a representative from each our resident groups—WARD, OWA, KWB, CHW, and WWR—would be part of our contingent, with an additional person or two from Colonial Hills and Wilson Hill. Given the urgency of purpose, we ask to meet with city representatives in the very near future (the first week or two of August). Waiting until Autumn to begin this dialog would be viewed by us as a needless and unproductive delay.

I look forward to your reply. Two or more proposed meeting times (perhaps one in the evening) would be appreciated so that I can more easily coordinate the busy schedules of our group members.

Best Regards,

David


David Robinson
614-893-4573 - cell
195 E Dublin Granville Rd
Worthington, OH 43085


_____ Information from ESET Endpoint Antivirus, version of virus signature database 13916 (20160805)
_____

The message was checked by ESET Endpoint Antivirus.

http://www.eset.com

## Michael, Bonnie

From: David Robinson <davidwhitfieldrobinson@gmail.com>
**Sent:** Tue 1/02/2018 4:59 PM (GMT-00:00)
**To:** Michael, Bonnie <BMichael@ci.worthington.oh.us>
**Cc:** Greeson, Matt <MGreeson@ci.worthington.oh.us>;Stewart, Robyn
<RStewart@ci.worthington.oh.us>;Myers, Scott <SMyers@ci.worthington.oh.us>
**Bcc:**
**Subject:** Re: phone conversation, 12.29.17

Good morning,

Thank you for sharing those remarks. I know we all share the goal of doing what is right for the good of our community, even though we approach the UMCH issue from different angles.

Because of this I feel compelled to voice my concerns about the course of action described in the email. The presenting issue appears to be <u>when</u> and <u>with whom</u> will the UMCH portion of the CP be discussed. In some cases, timing is everything. And if not everything, then timing is often the critical factor that determines the opening and closing of possibility, and therefore the eventual outcome.

So the suggestion that the critical issue of the UMCH CP not be publicly discussed by Council for at least the next six weeks, at this critical juncture, at the very time we are commencing discussions with a new developer, only to be followed by insular conversations among ourselves before and at the Council retreat, seems to create unnecessary exposure to problems and the likelihood of renewed community conflict.

There is the straightforward problem that the UMCH CP is not the consensus document it claims itself to be. The events of the last two and a half years attest to this. And yet the UMCH CP remains operative as formal public policy, thereby effectively inviting proposals that would likely generate widespread protest—as well as the possibility of attendant legal, public relations, and commercial liabilities. This unwanted exposure alone should justify, if not compel, prompt Council action to suspend the current UMCH CP.

But <u>most importantly</u>, engagement with the residents, now, beforehand, is not incorporated, much less prioritized, in the proposed course of action. I fear that by not proactively engaging the public on the issue of the UMCH CP, <u>before</u> we get very far down the road with a developer—no matter who they are, and no matter what their own outreach may be—it will become harder and harder to have the authentic, robust, and creative dialog with the residents—listening to <u>their</u> ideas—that is needed to generate genuine public support behind any proposal. By not addressing the UMCH CP now, <u>before</u> Council and staff steer events, we risk a return of earlier acrimony.

Finally, although I can understand the desire by some to try to operate within the existing UMCH CP, I believe there is an underlying flaw in the document that no attempt to parse or salvage reasonable elements can resolve. I refer to what I would call a problem of authorship. I have spoken briefly about this with Matt, and will go in to details if wanted. But the upshot is that the UMCH CP is essentially a development-industry document and not, as it presents itself—and as the participating public thought it would be—the expression of a creative community process. I believe we should promptly free ourselves from this contradiction.

For these reasons and more, it is my continued hope that Council will promptly discuss the timing and prioritization of acting on the UMCH CP.



**EXHIBIT**
89

Best Regards, David


David Robinson
614-893-4573 - cell
195 E Dublin Granville Rd
Worthington, OH 43085

On Sun, Dec 31, 2017 at 10:21 AM, Michael, Bonnie <BMichael@ci.worthington.oh.us> wrote:

David


Thanks for giving me a chance to respond to your earlier email.


I believe that you omitted a significant part of our conversation. First, I agreed with you that this is very important topic and is definitely an item Council needs to address. To that end, I told you that this topic is to be included in our Council Retreat Feb. 9 and 10. In this manner the entire council will have the time to discuss the Comp Plan and whether to revise the entire Comp Plan or to separate out the UMCH portion.


I also advised you that Council members should be receiving additional pertinent information in the month of January that could impact views on this topic. I suggested that we wait until February to raise this issue as council agenda item.


Lastly, I told you that I do not know what the legal ramifications are of your suggestion. And, I am not sure how quickly Tom Lindsay can research these issues. Before we allocate staff time on this separation of the UMCH portion from the rest of the Comp Plan, I would like to see what other council members think. This is why I suggested that we wait until the retreat to fully vent this idea.


While I did decline to put the issue on the January 8 meeting, I did support the council having a full discussion of this issue at the retreat or the second meeting in February.

Looking forward to seeing you on Tuesday

Bonnie

---

**From:** David Robinson <davidwhitfieldrobinson@gmail.com>
**Sent:** Sunday, December 31, 2017 8:59 AM
**To:** Michael, Bonnie
**Cc:** Greeson, Matt; Robinson, David
**Subject:** phone conversation, 12.29.17

Good morning Bonnie,

To support the public record, I've summarized below, in spare language, the nature of our cell phone conversation on Friday. If you want to add to this please reply via email.

Happy New Year,

David

P.S. I am not using my city email address to send this missive because my city iPad had its OS automatically updated end of last week, and, according to Jose Aguayo, I need to have IT use their secure Apple ID to open up the device initially, which I'll do first of the week.

---

Responding to my earlier voicemail (left at 11:32 a.m., 12.29.17), Council President Michael called at 4:44 p.m, 12.29.17. I asked her to agree to put on the City Council agenda, for discussion at the 1.8.18 meeting, the topic of the UMCH portion of the Comprehensive Plan. She declined to do so. The call ended 12 minutes later, at 4:56 p.m.
- David Robinson

---

David Robinson
614-893-4573 - cell
195 E Dublin Granville Rd
Worthington, OH 43085

From: Greeson, Matt [/O=COW-EXCHANGE/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MGREESON]
Sent: 3/19/2018 1:13:47 PM
To: Michael, Bonnie [BMichael@ci.worthington.oh.us]; Myers, Scott [SMyers@ci.worthington.oh.us]; Scott Myers
[William.Myers2@ohioattorneygeneral.gov]
Subject: FW: Retreat follow-up: UMCH info

I am going to contact each of you to discuss the email below. I have had a follow with Council Member Robinson
regarding it.

*Matt Greeson*
City Manager
City of Worthington
6550 N. High Street
Worthington, OH 43085
614-436-0368 (Direct)
614-436-3100 (Main Office)
614-786-7355 (Fax)
mgreeson@ci.worthington.oh.us

**From:** David Robinson [mailto:davidwhitfieldrobinson@gmail.com]
**Sent:** Monday, March 19, 2018 10:39 AM
**To:** Greeson, Matt
**Cc:** Robinson, David
**Subject:** Fwd: Retreat follow-up: UMCH info

Good morning Matt,

As you'll recall, the February 9/10, 2018, Council/Staff retreat concluded with a discussion about UMCH. As an
outgrowth of the conversation, and at the concurrence of Council members, you agreed to provide rough
information related to impacts on city finances of a possible acquisition of property at UMCH. A week after the
retreat, not having received any of the requested information from you, I drafted and sent you an email (copied
below) in an effort to help you focus and simplify your fulfillment of this task.

It is now four weeks since I sent the earlier email, and Council has still not received a reply to you in any form,
much less the satisfaction of Council's instructions to you to generate and provide this basic information. I find
your lack of response on this pivotal, time-sensitive issue to be a serious matter, and I ask that you answer this
current request promptly with either the information requested, or a specific description of your timeline and
plans to do so.

I look forward to your reply.

Best Regards,

David

David Robinson
614-893-4573 - cell
195 E Dublin Granville Rd
Worthington, OH 43085



EXHIBIT
90
PENGAD 800-631-6989

From: **Robinson, David** <DRobinson@ci.worthington.oh.us>
Date: Mon, Feb 19, 2018 at 11:34 AM
Subject: Retreat follow-up: UMCH info
To: "Greeson, Matt" <MGreeson@ci.worthington.oh.us>
Cc: "Michael, Bonnie" <BMichael@ci.worthington.oh.us>, "Myers, Scott" <SMyers@ci.worthington.oh.us>,
"Dorothy, Rachael" <RDorothy@ci.worthington.oh.us>, "Foust, Douglas"
<Doug.Foust@ci.worthington.oh.us>, "Kowalczyk, Beth" <BKowalczyk@ci.worthington.oh.us>, "Smith,
Doug" <DSmith@ci.worthington.oh.us>, "Brown, Lee" <LBrown@ci.worthington.oh.us>, "Bartter, Scott"
<SBartter@ci.worthington.oh.us>, "Hurley, Darren" <DHurley@ci.worthington.oh.us>

Hello Matt,

Thank you for your candor, thoughtfulness, and focus at the recent Council/Staff retreat. I found the time
together to be very productive, both regarding specific issues and in furthering group understanding and
cohesion. This may sound over-the-top, but I wish we could hold such meetings every quarter or so if
circumstances warrant.

I wanted to follow-up on one specific item—the provisioning of information regarding different land-use
scenarios at UMCH. As you made clear, what you will generate will not be concrete, specific, validated, ready-
for-the-bank numbers, but will be in the nature of estimates and probabilities, all based on the best information
and most reasonable range of assumptions available to us today. Further, my understanding is that the scope of
your analysis will be limited to impacts on city finances, and will not attempt to address issues regarding
impacts on traffic, sustainability, quality of life, community appeal and identity, or business environment. These
issues I believe will be engaged robustly in the upcoming public CP review process.

My basic request is that you focus on gathering and presenting information that is geared toward Council's
actual decision-making processes, and that you and staff not be burdened with the task of trying to be
comprehensive in order to address a wide range of inquiry. The core questions I have are as follows:
• What is the range of estimated net income tax revenue (over time), per acre, for different types of
commercial development (e.g., office, medical-service, retail, and "mixed-use"); please provide statement of
assumptions behind the estimates so that we can assess probabilities and alternatives.
• What is the range of estimated costs (one-time, and continuing), per acre, for different types
of residential development (e.g., single-family, condos, and apartments; will the Dublin study help here?);
please provide statement of assumptions behind the estimates so that we can assess probabilities and
alternatives.
• What is the range of estimated costs (one-time, and continuing), per acre, for different types of public
greenspace acquisition/development (e.g., passive, recreational, etc.); please provide statement of assumptions
behind the estimates so that we can assess probabilities and alternatives.
In addition to providing raw numbers, I believe it would be helpful if you provided several scenarios in order to
illustrate overall impact of different land-use options using the income/expense numbers you will have
developed. If you do this, I would suggest that your scenarios remain simple and focused on enabling Council to
make clear, comparative assessments. In other words, the most useful analysis would keep constant certain
factors (those that enjoy, in general terms, basic agreement) while varying others (those that may be seen as
most contested, and are therefore at the heart of upcoming decisions). What would not be helpful would be the
presentation of several scenarios where many factors blur and mix among the different scenarios in such a way
that we are left with no basis for discerning the pros and cons of different options. Please keep things
differentiated, clear, and explicit.

Specifically, I believe that a central issue before us is the relative costs and benefits of residential vs. public
greenspace. As such, it would be most helpful if you could provide several scenarios that would keep constant
two assumed factors: a) the front ten acres will be developed commercial (or, if you prefer, the front 6.5 acres,

which would be excluding the conference center's acreage); b) the seven along Tucker Creek will remain undeveloped; while the third element would be variable: c) the back twenty six acres, presented with varying proportions of residential and public greenspace. One scenario could be twenty six acres of residential, another could be twenty six acres of greenspace, and a third could be thirteen each. I fully realize that these scenarios are crude and simplistic, but they will give us a means of thinking based on numbers and not vague hunches or biases.

Lastly, I want to acknowledge that the actual, final development of the property is likely to not fit neatly in to the three categories of commercial, residential, and greenspace, and that the acreage allotted to each is fluid and possibly overlapping. The possibility of "mixed-use development" e.g., apartments above commercial, is an example of this. I understand this. But this fluidity makes it all the more important that City Council be provided with clear numbers based on discrete land-use categories, and the explicit assumptions underlying them, so that Council members can get a grasp on the essentials in our effort to make informed decisions in the public interest.

Thank you again Matt. I of course welcome any discussion about this request for information, with you, staff and/or other Council members. I look forward to working with all to bringing the UMCH issue to successful resolution.

David

Sent from my iPad


Information from ESET Endpoint Security, version of detection engine 17082 (20180319)

The message was checked by ESET Endpoint Security.

http://www.eset.com

Worthington 057948

From:      Thress, D. Kay [Kay.Thress@worthington.org]
Sent:      8/29/2018 1:43:36 PM
To:        Robinson, David [David.Robinson@worthington.org]
Subject:   RE: please forward to Council et al

Will do.

*D. Kay Thress*
Exec Asst to CM | City Clerk
City of Worthington, Ohio 43085
(614) 436-3100

**From:** Robinson, David
**Sent:** Wednesday, August 29, 2018 1:11 PM
**To:** Thress, D. Kay <Kay.Thress@worthington.org>
**Cc:** Greeson, Matt <Matt.Greeson@worthington.org>
**Subject:** please forward to Council et al

Kay, would you please forward this email and attachment to all of Council, Matt, and Robyn? Thank you! David

_____
Dear Fellow Council Members,

As we get ready to reconvene next week, I wanted to share with you some information about a new residents' group that has emerged over the last couple of months, is focused on building community greenspace at UMCH, and of which I am a member and advocate. I've talked with Matt about this at some length, and with Bonnie to a lesser degree. The group is called Project Community Park Worthington and I've attached its mission statement and guiding principles for reference.

The group began around a campfire, in early summer, with neighbors bringing up and discussing city affairs. Not surprisingly, UMCH bubbled up, and several of the folks present asked about the possibility of creating a substantial public park on the site. Based on this initial interest, several gatherings have been held to discuss the idea and to see whether there are others in our community who share this basic vision. I was asked to share information and my personal perspective about both the desirability and viability of this idea.

At the heart of the presentations is the providing of basic information about Worthington's demographics, housing/rental units, park space, walking/biking transit times, city finances, and acquisition options. Beyond the data, however, these discussions have allowed residents to use their imaginations to consider what our community stands for, what we desire for our future, and how these can come together at the UMCH site.

As you can tell, I strongly support this group's mission, as well as its guiding principles. I thought it important that I share this with you. Please know I would welcome a conversation about any aspect of this important topic.

I look forward to seeing all of you next week. I know we've got a full plate.

David



EXHIBIT
_72_

_____ Information from ESET Endpoint Security, version of detection engine 17964 (20180829)
_____

The message was checked by ESET Endpoint Security.

http://www.eset.com


_____ Information from ESET Endpoint Security, version of detection engine 17964 (20180829)
_____

The message was checked by ESET Endpoint Security.

http://www.eset.com

Worthington 042693

# Worthington Commons



EXHIBIT
93
PENGAD 800-631-6989



MENU

To inspire an alternative mixed-use vision for the UMCH property, for the enjoyment and well-being of all, now and in perpetuity.

# About the Project

## Our Mission

In accord with our city's long history, we advocate for bequeathing to future generations a valuable public asset at the UMCH property— a signature, multi-use community greenspace — for the benefit and enjoyment of all.

## Our Guiding Principles

- We embrace this goal because the UMCH property is a uniquely important site—due to its location, size, and physical features—for the future of our city, and we have just one opportunity to get it right.
- We believe that the developed site should reflect the interests and values of our city's residents—those who have sunk roots, made their homes, and both know and express the character of our city.
- We are committed to obtaining full disclosure of relevant information, in the service of informing a robust and reasoned public dialog about the future of this property and its impact on our community.
- We envision for the land a multi-use development featuring 1) a large, signature public greenspace with community-building amenities (a perimeter bike-pedestrian path, historically-inspired event facility, amphitheater, nature preserve, sport field, water-feature, community garden, etc., as distinct possibilities; ≈ 28-30 acres), 2) complementary commercial space and service-oriented retail along the High Street frontage (≈ 6-8 acres), and 3) lower-density, architecturally compatible residential housing (owner-occupied, empty-nester) immediately adjacent Longfellow Avenue (≈ 2-3 acres).
- We urge our city government to embrace this once-in-history opportunity by acquiring the property, thereby gaining full creative control of this public-private project for the

benefit of our city and its residents for generations to come.

© 2023 Project Community Park Worthington. All rights reserved.

Back to Top  ∧

13926

## Michael, Bonnie

| | |
|---|---|
| From: | Robinson, David </O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=06078A4E629C4DD7BA92321C7AAEE3A3-ROBINSON, D> |
| Sent: | Mon 4/13/2020 12:35 PM (GMT-00:00) |
| To: | Mike Bates <mike@batesonline.us>;Ward Planning <wardworthington@gmail.com> |
| Cc: | Bucher, Peter <Peter.Bucher@worthington.org>;Dorothy, Rachael <Rachael.Dorothy@worthington.org>;Kowalczyk, Beth <Beth.Kowalczyk@worthington.org>;Michael, Bonnie <Bonnie.Michael@worthington.org>;Myers, Scott <Scott.Myers@worthington.org>;Robinson, David <David.Robinson@worthington.org>;Smith, Doug <Doug.Smith@worthington.org>;Greeson, Matt <Matt.Greeson@worthington.org>;Stewart, Robyn <Robyn.Stewart@worthington.org>;Brown, Lee <Lee.Brown@worthington.org> |
| Bcc: | |
| Subject: | reply to WARD |

April 12, 2020

To Michael Bates and all the members of WARD:

I'm writing in response to your email of 3.11.2020, "Call to Action/UMCH." My apologies for the delayed reply—obviously covid-19 has scrambled everyone's calendars and timelines, including Council's plans for a retreat where we could have discussed the central topic you rightfully raise. But in lieu of the retreat, there is no reason why I cannot directly answer your question, "Will you, in response to any development proposal for the UMCH site, publicly support and recommend an outcome as described in the basic vision of the WARD White Paper?"

The short answer is, "Yes, I absolutely will." Let me explain why.

Most importantly, I embrace what I believe to be the core principle animating your White Paper, i.e., that both the process and the outcome at UMCH need to be "resident-centered." I see this foundational commitment of WARD expressed in multiple ways in your letter and the White Paper itself:

- You establish the guiding metric that the property be developed in such a way that it is "enjoyed by the entire community for generations to come." I wholly agree with this overarching goal, and the implications contained therein. "The entire community for generations to come"—anything less diminishes what could be.

- You recognize that for this positive outcome to be realized that the process itself needs to focused on the residents of Worthington—proactively informing them, listening to them, forthrightly responding, and holding their interests first and foremost in conceiving and achieving a desirable outcome at the property. As you state, this process of robust public engagement, specifically an examination of financing options, is long overdue.

Further, I support the general proportion of use (public space, commercial, housing) that you outline in your White Paper. After much thought, study, and dialog during the last



EXHIBIT

97

two years (including the research and public presentations I conducted on behalf of Project Community Park), I would assert that your proposal yields the greatest value, and best use, for the greatest number of persons, over the longest period of time, of any conceivable outcome at the property. I, like you, would welcome an informed and robust public discussion about what indeed is "the highest and best use" of this land for the long-term well-being of our community.

Also, I concur with your recognition that the best way forward would commence with a "let's turn the page" rescinding of the MKSK-authored, 2014 Comprehensive Plan update for the UMCH site. The fact that this plan remains formal city policy, and would in fact be the basis of the city's procedural response to any forthcoming proposal, is highly problematic to many of us who have witnessed and participated in related events over the last five+ years. The current text is not (and never has been) the "consensus" document it claims for itself (and upon which its authority rests), and I believe the city should publicly acknowledge this as a means of demonstrating respect and conciliation moving forward.

Finally, I think you hit the nail on the head when you remind us that we face a choice. WARD's vision must be weighed against the alternatives—including the ill-fated 2015 Lifestyle Communities proposal (which was portrayed by LC as reflecting the revised Comp Plan)—so as to enable a fair and judicious assessment by the public and all interested parties. In this light, I will be writing Building Worthington's Future members (five of them, including their Chair, wrote letters to Council in response to your Call to Action), suggesting to them that it would be beneficial for positive public discourse if they prepared their own proposal—concrete and specific—for development of the property.

In closing, thank you for your dogged and committed efforts to bring about an outcome at the UMCH property that will be as exceptional as the city of Worthington itself. I admire and greatly appreciate your service to our community.

David Robinson
City Council Member

## THE FUTURE OF UMCH - WHY IT MATTERS TO YOU

The Worthington Alliance for Responsible Development (WARD) respectfully presents to our fellow Worthington residents, City Council and the larger community specific proposals for development of the United Methodist Children's Home (UMCH) site.*

**Neighborhoods, Family, History, Schools, Walkability**: these are the common responses when residents were asked in a 2016 WARD survey about what they like about living in Worthington.

Aren't you proud to live in Worthington? 97% of the 758 residents who responded to a 2013 WARD survey said they were. Does living here create in you a sense of community? That same 97% said it did. We are fortunate that we live in a place with its own distinctive history and character. We have an identity! In key ways Worthington is unlike the high-density developer driven projects that are transforming so much of the rest of central Ohio. That's a big reason why people like living here.

Here's another huge plus for Worthington. We have what people want! Late last year a reprint of an earlier article titled "Baby boomers, millennials will drive housing decisions" by Jim Weiker appeared in the *Columbus Dispatch*. Quoting multiple experts such as the National Association of Realtors, the article reported that very sizable majorities of baby boomers who want to age in place and millennials who want to buy homes will be looking for communities like ours instead of retirement communities and dense urban housing.

We know that development in Worthington will occur, including that which will strengthen our city's financial base. Our job as concerned citizens of Worthington is: how can we guide it so that what makes Worthington attractive – open accessible space, opportunities for community sharing, walkable connections for a large part of our population, pleasing architecture and so much more – can be built into whatever is created?

Fortunately, we are blessed with a singular opportunity to do just that. UMCH is a big, open 44-acre parcel of land along High Street near the heart of our community, of which 37.5 acres are now in play. It can be a beacon! What happens to UMCH in terms of density, greenspace, traffic and the ability of Worthington to keep and attract the residents we need to ensure our future will be felt throughout the city for generations to come. There is also an economic benefit. Businesses are attracted to places where people want to be. We have to get it right! As residents and city leaders do we care? The answer is emphatically **yes**; we all have a stake in Worthington. This is our chance to realize the extraordinary.

*\* Refer to Appendix A for a detailed timeline of what has happened to date regarding UMCH and WARD's engagement with the process.*

EXHIBIT

_98_

PENGAD 800-631-6989

## WHAT IS OUR CHALLENGE?

Developing the UMCH site brings particular challenges to Worthington. There are at least five vested stakeholder groups, i.e. residents, the City of Worthington, business community, the property owner and the developer. All these entities have potentially divergent objectives. Residents currently appreciate and want to continue to enjoy the Worthington environment. The city would like to generate significant income tax revenue from development of the site, as this location is one of the few undeveloped areas within the corporation. With over 70% of the city's revenue growth coming from income taxes (not property taxes, the bulk of which go to the school district), it is important to have this site be revenue productive to offset expected growth in city services that will be required to develop and maintain this location. Up till now the land has been tax exempt.

Businesses in Worthington want to succeed and prosper. For its part the Children's Home wants to sell the property for a good price to use the proceeds to help fund their children's ministry. Any developer wants to maximize the profit they will earn from work on the site. But these incentives usually lead to high density development, which could result in significant stress for Worthington residents by permanently disrupting why people want to live here.

How to reconcile these differing objectives? In the following paragraphs WARD presents ways for that to happen. While it is unlikely that all parties will get everything they want, let's encourage a partnership among the entities that will create an outcome to achieve the common good. There is a better way!!

## WHAT IS THE SOLUTION?

In order to understand the parameters of our plan, we have to stipulate the areas into which UMCH is divided. Ten acres along High Street, including land used or owned by the United Methodist Church, are already zoned for commercial use. 3.42 acres are already occupied by the Methodist Conference Center. In the remaining 6.58 acres WARD supports the establishment of businesses with high salaried positions that will generate income tax for the city. The Sunrise facility accounts for 3.4 acres of the original plat but is not in consideration because of a long term lease. Tucker Creek ravine comprises 7 acres, and every development scenario and virtually every discussion to date envision it remaining in an improved but natural state.

**That leaves a critical 24.5 acres.** WARD believes fundamentally that **the largest portion of this land must be an open contiguous public space for the common good,** with amenities shared by all, a concept which was officially supported by the Parks and Recreation Commission in 2014**. By margins of 70-86% in surveys and through their individual comments, Worthington residents have repeatedly stated their desire for such a space.

It has been stated that Worthington already has enough park space, but a closer look reveals that the distribution of this park space is far from ideal. Of the 221 acres of natural public land maintained by the city, 104 of them comprise the Olentangy River Parklands along the river and away from much of

*\*\*Appendix B is a Memorandum from the Parks and Recreation Commission to Matthew H. Greeson, City Manager*

*Appendix C is a scanned copy of the city's park lands map.*

the population.  Of the remaining 117 acres, 55 are west of the river, leaving just 62 for all of the rest of Worthington.  This is well below average for a city of our size.

All of Worthington values the historic Village Green.  But the busy traffic that passes through it, the noise that creates and associated safety concerns make it unsuitable for many activities that people go to parks to enjoy.  Rather, what is needed to enhance our quality of life is a sizable "central park" in a more subdued and peaceful setting that is accessible to large numbers of residents.

We want to increase the livability for residents of all ages in our city.  Imagine walking paths, bikeways, attractive landscaping, a three- season building for recreational and educational uses, public restrooms and a splash pad/ice rink.  A small amphitheater, here or at Tucker Creek, would be perfect for plays, lectures, weddings and small group performances with a required ending time, in the manner of Schiller Park in German Village.  Majorities of 75-84% of residents surveyed have indicated their preferences for these kinds of features.

Worthington also needs housing opportunities for an aging demographic and younger persons who want to move in.  A smaller portion of the 24.5 acres could be set aside for empty nester housing, an idea supported by residents, coupled perhaps with single family homes along Longfellow Avenue that complement the existing neighborhood.  Property taxes from these homes would benefit the school district and other social services.  Central to any development is that there be no vehicular cut throughs.

Jim Rush, a Worthington resident and a retired commercial property appraiser, put one creative proposal for UMCH forward in 2015.  Mr. Rush's proposal is pictured in Appendix D of this document.  It uses a 3-2-1 land valuation, meaning that the High Street frontage, with its good access and visibility, is roughly worth three times as much as the land in the rear of the property.  The central portion, which could contain empty nester/patio housing, is roughly worth twice as much as the land in the rear.  These calculations could be essential in any discussion of financing UMCH development.

**How would all this be paid for?**  Perhaps in part by an outright sale of the most valuable land in the High Street commercial zone.  For the remainder of the property, the 24.5 acres we have highlighted and Tucker Creek, a more imaginative perspective is needed.  Or, this perspective could be appropriate for the entire site.

To date we are unaware of any serious effort to explore the possibilities of public/private financing for purchasing and maintaining all or some of the UMCH site.  This is long overdue.  Multiple options exist.  One idea might be, for example, that the city purchase the property using the current budget surplus that exceeds the rainy day fund and not requiring any tax increase.  The main point here, however, is that we should be willing to think outside the usual box and public encouragement will be needed for city leaders who are willing to do that.

## LINKING OUR PAST TO OUR FUTURE – OR NOT?

It's been said that we can see our future by looking at the past.  Worthington was established more than

---

*Refer to Appendix D for a detailed drawing of Mr. Rush's proposed UMCH property layout.*

200 years ago by settlers from New England who imagined a better life on a new frontier. Since its inception it has always been the ultimate "planned community." Our founders took great care in designing our city, even before nearly 40 families finally arrived for settlement. Once here, they worked together to build a new community that was consistent with their personal and social values. *To this day* those values are in full view in the very heart of Worthington, The Village Green: Faith, Families, Education, Commerce – and Greenspace. All for the shared, common good of our residents.

These values continue to be the core of our community. These values continue to be why our residents, of all ages and in all stages of life, choose to make Worthington home—many, for generations. Like our settlers, we share a moment in history that provides us the opportunity to shape our city's future for the next two hundred years.

This challenge is commonly described as a *"legacy project."*

"Getting it right" means that we work together to create a vision that is consistent with Worthington's founding values, while also meeting the needs of all stakeholders.

Like our forbears, let's imagine. . . . . a new UMCH with open space and the amenities we have proposed. The entire community – families, singles, seniors, teens, children, parents – will be enriched by shared community activities. Imagine a three-season pavilion available to all residents for parties, meetings, gatherings and special events. . . . . attending unique arts and entertainment programs for all ages in Worthington's own mid-size outdoor amphitheater. . . . .new bike trails and walkways to enjoy nature. Residents who wish to continue living in Worthington into their later years and newcomers will have new and convenient housing options. Our city's financial health will be boosted through new income tax revenue from high-end office space in the High Street commercial zone.

**But what could happen if this vision isn't realized?**

We don't have to look far to see the possibilities. The first developer proposal for UMCH in 2012 called for an 84-90,000 sq. ft. big box supermarket with 5 acres of asphalt parking. Strong community opposition and a lack of support from the city blocked this.

In 2015 a second proposal, advanced by a different developer, proposed the creation of a dense "urban village", featuring 571 residences including 350 apartments and townhouses and 200 cottage homes. 67% of the respondents to a 2016 WARD survey felt that this proposal had "way too many" units and a further 8% thought "too many" units. In both WARD surveys apartments were always among the highest negative responses.

Assuming two cars per unit in this second proposal, approximately 1100 vehicles would be on the property and added to those of persons driving to the commercial zone. This will result in a substantial increase in traffic and create a potential safety risk to pedestrians as well as children on their way to school. Greatly increased traffic through the city would also have a devastating effect upon the character of Worthington especially at the intersection of Dublin-Granville (SR 161) Road and High Street.

This second development proposal presented to the public June 29, 2015 has not been withdrawn. But one thing we know - decisions made today will affect the land forever.

## MOVING FORWARD TOGETHER

As this white paper suggests, a business as usual approach will not get the job done. This is a leadership moment for city officials. The stakes are high! UMCH is one of the last significant green spaces left in Worthington available for development. This means going out of our collective comfort zone into a more innovative approach to problem solving. City leaders need to work with the public to identify our community's highest priorities and turn those priorities into realities. Residents need to stay engaged in the process and make their views known. As City Council President Bonnie Michael said in the January 7, 2016 edition of *This Week Worthington News*, "We have to be clear that the best approach would be to extensively engage the community and involve them in the planning for the future of the (UMCH) property."

### What is to be done?

- Rescind the UMCH portion of the existing Comprehensive Plan
- Verify that UMCH will be developed as a complete and coherent whole; not in a piecemeal fashion
- Review the data collected from two WARD surveys, paying particular note to those findings where high percentages of residents agree
- Incorporate and defend both survey findings in discussions with developers for the site
- Support the proposals made by WARD and Jim Rush as visions of what UMCH can become
- Engage in a serious examination of public/private financing for UMCH
- Insure that WARD and other resident voices are included as stakeholders as plans move ahead
- Recognize that UMCH is a true legacy property, prominent in the history of Worthington and a beacon for the future
- Strive to see that the final outcome at UMCH will protect permanently the character and values of our city; that we will continue to become and remain "a livable community for all ages."

From the beginning WARD has believed that the HOW we, as a community, arrive at our destination is just as important as WHERE we end up. Through working together, all stakeholders will carry the pride of knowing we've done the right thing for each other. Worthington will indeed live as an example of how, by drawing from the best of ourselves, we can foster a community that is truly for the common good.

### Let's start NOW!

Respectfully submitted by the WARD Planning Group
Michael Bates
Pamela Fair
Eric Gnezda
Tom Hamer
Kay Keller
Beth Mitchell
Ellen Scherer
Joe Sherman

**Appendix A**

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| 8/20/1913 | Property sold to Methodist | A. Elsworth Hartford & wife sold property (72+ acres in 3 tracts) to Methodist Children's Home Association of Ohio | In consideration of $1.00 |
| 2012 | | 2012 | |
| 9/13/12 | ThisWeek | "Giant Eagle Rumored for UMCH Site" | See title of article |
| 9/18/12 | Public Meeting | Public meeting at United Methodist Church, regarding development of UMCH property (Continental Real Estate) Frank Kass, Chairman made presentation | Residents spoke out against a Giant Eagle on UMCH |
| 9/30/12 | WARD Meeting | Residents met to discuss presentation on 9/18/12 regarding proposed development on UMCH | WARD (Worthington Alliance for Responsible Development) was formed |
| 10/8/12 | City Meeting | WARD met with Matt Greeson, City Manager & Lynda Bitar, Planning Coordinator | Gain understanding of zoning |
| 10/9/12 | UMCH Meeting | WARD met with Bill Wilkins, CFO Consultant for UMCH | Gain understanding of financial reasons for sale of UMCH property |
| 10/17/12 | WARD Meeting | WARD identified Guiding Principles | Began planning for public meeting |
| 10/24/12 | WARD Meeting | Chris Hermann (MKSK) agreed to video interview | Topic: Tax collection and how money is distributed |
| 10/28/12 | Member Email | WARD PG alerts its members | Update on apartments & townhouses to be built at Worthington Place |
| 11/8/12 | Member Email | Shared link to ThisWeek- article about WARD, a newly formed resident group | WARD: concerned about sale & development of UMCH |
| 11/13/12 | Public Meeting | WARD hosted Public Meeting at Griswold Center | Review: WARD activities, Guiding Principles, Comprehensive Plan, Call for Volunteers, tax collection/distribution |
| 11/28/12 | UMCH Meeting | WARD met with UMCH leaders including David Fisher (Chairman), Grayson Altha, Sean Reilly, Bill Wilkins (CFO). They acknowledged WARD and support | UMCH officials acknowledged residents dislike for a Giant Eagle. Desire to work together |
| 11/30/12 | Member Email | WARD PG sends email to members | WARD Guiding Principles shared with members |
| 12/21/12 | Member Email | WARD shared letter that was sent to UMCH leaders as follow-up from meeting on | WARD thanked UMCH for meeting, for agreeing UMCH property is "sacred land". WARD recognizes UMCH financial challenge |

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| | | 11/28/12 | while remaining faithful to Social Principles of United Methodist Church |
| **2013** | | **2013** | |
| 1/15/13 | City Meeting | WARD PG met with new Law Director, Pam Fox, for Worthington & Matt Greeson, City Manager | Gain legal understanding about sale of UMCH property |
| 1/23/13 | WARD Meeting | WARD PG met with leaders from Sharon Heights Community Association, Clintonville | Learn how their resident group operates |
| 1/30/13 | WARD Meeting | PUD Discussion. Plan to create position paper for Council | City council will vote on PUD 2/19/13 |
| 1/30/13 | ThisWeek | "City Planners working on zoning change for UMCH Site". PUD will change zoning options | Council will vote on new zoning 2/19/13 |
| 2/6/13 | WARD Meeting | Guest: Councilman Doug Smith | Reviewed PUD. Discussed what is important to WARD? |
| 2/12/13 | City Meeting | WARD members met with Pam Fox, Law Director & Lynda Bitar, Planning Coordinator | Reviewed PUD proposal |
| 2/13/13 | WARD Meeting | Review of PUD which allows new zoning category. Drafting survey for resident regarding desires for UMCH. 1st WARD survey | Preparing first survey related to UMCH for residents |
| 2/17/13 | Member Email | Alert to WARD members | WARD supports proposed law (PUD) |
| 2/19/13 | Council Meeting | WARD Planning Group (PG) members attended City Council meeting | WARD states public support for PUD |
| 2/20/13 | WARD Meeting | Will ask residents to take survey about UMCH development. Will hold public meeting 3/19/13 | Prepares first survey. Plan for public meeting 3/19/13 |
| 2/28/13 | ThisWeek | Includes article regarding WARD survey | Residents asked to take survey |
| 2/26/13 | Member Email | Email sent to WARD | Members are requested to complete online or paper survey. (1st WARD survey) |
| 2/27/13 | WARD Meeting | Guest: Councilwoman Rachael Dorothy | Get acquainted meeting |
| 2/28 to 3/7/13 | First WARD Survey | WARD online and paper survey is live (collecting responses) | Resident survey regarding UMCH property |
| 3/19/13 | Public Meeting | WARD hosted public meeting. Well attended. Members of city council, city staff, and UMCH representatives attended | Shared survey results & video by Chris Hermann, MKSK (tax breakdown) |

# WARD Presents Proposals for UMCH Site (January 2018)

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| 3/21/13 | Email received | Frank Kass, Continental, shared new proposal with WARD including new drawing for UMCH | New drawing, without Giant Eagle included medium to high density residential with commercial on High Street |
| 3/25/13 | Member Email | WARD shared survey results with its members, city staff, and council. | This Week included survey results 3-26-13 |
| 4/1/13 | Council Meeting | WARD Planning Group (PG) attended city council | WARD shared results of first survey with council |
| 4/1/13 | Email sent | Sent "position paper" rejecting development proposal submitted by Continental to Lynda Bitar, Planning Coordinator | WARD does not support new Continental proposal for UMCH development |
| 4/3/13 | WARD Meeting | Guest: Councilman Scott Myers | Get acquainted meeting |
| 4/4/13 | Email received | WARD receives notification that Frank Kass, Continental Real Estate, informed UMCH that Continental is withdrawing | Continental will not be developer for UMCH property |
| 4/18/13 | WARD Meeting | WARD plans to meet with OWA (Old Worthington Association} | WARD to get acquainted with OWA leaders |
| 4/18/13 | ThisWeek | Article from OWA printed. J. Ventresca wrote article complimenting WARD for resident survey | Jim Ventresca, OWA, complimented WARD for first resident survey |
| 4/20/13 | Email received | WARD received email from Bill Wilkins, CFO for UMCH.  Confirmed Frank Kass and Continental are no longer involved | Confirmation: Continental will not be developer for UMCH property |
| 5/1/13 | WARD Meeting | Guests: Staff members including, Matt Greeson (City Manager}, Lynda Bitar (Planning Coordinator), and Chris Hermann, representing MKSK | MKSK hired by city to revise Comprehensive Plan related to UMCH property |
| May 2013 | Media | Eric Gnezda, representing WARD, quoted in Worthington Life magazine | Because of nature, history of UMCH property, collaboration with residents is needed |
| 5/8/13 | OWA Meeting | Members of WARD PG met with Jim Ventresca (OWA) | WARD and OWA will work together |
| 5/22/13 | Public Meeting | Held "Call for Volunteers" Meeting | Asked residents to work with WARD |
| 6/11/13 | WARD Meeting | Guest: Councilman Bob Chosy | Learned UMCH contract with Bill Wilkins, Consulting CFO for UMCH, would not be renewed |
| 7/13/13 | Member Email | Email sent: Information about WARD's | Commitment to keep residents informed |

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| | | activities | |
| 7/31/13 | MKSK Meeting | Matt Greeson, City Manager, confirmed city has agreement with MKSK | MKSK (Chris Hermann) hired to update Comprehensive Plan related to UMCH |
| 8/19/13 | WARD Meeting | Members of WARD met with OWA (Jim Ventresca and Mikel Coulter). <br><br> WARD plans a website | Continued discussions of how WARD & OWA will work together. <br><br> WARD will develop website |
| 8/27/13 | City Meeting | WARD met with City to review public/private financing for property. Follow-up meeting 9/15 | Learned about P3 (Public, Private, Partnership) |
| 9/4/13 | Member Email | WARD sent email with link to article from City. City staff will become more involved in creating detailed vision plan for development | Staff will work closely with MKSK to revise Comprehensive Plan. Also plan to gather input from residents |
| 9/5/13 | ThisWeek | "Design Firm to help City guide UMCH site's Future" | MKSK to guide plan revision |
| 9/23/13 | MKSK Meeting | Members of WARD PG met with MKSK | WARD plans to work closely with MKSK |
| 10/1/13 | Public Meeting | WARD hosted Candidate Night: Rachael Dorothy, Scott Myers, David Norstrom, Michael Troper | Four candidates to fill four open council seats |
| 10/5/13 | Public Meeting | WARD participated in public walk through of UMCH property hosted by UMCH-MKSK | Steve Putka (WARD) spoke to media |
| 10/5/13 | WARD Meeting | Met before & after UMCH walk-through, reviewed Candidate Night, discussed what is significant green space? | First of many discussions on green space for UMCH |
| 10/9/13 | ThisWeek | Letter to Editor | "Voices of residents are critical to creation of strong development options" |
| 10/9/13 | WARD Meeting | Meaning of "significant green space" and Website update | Working on WARD website |
| 10/11/13 | Member Email | WARD encourages members to go to Visioning Worthington website (related to revised Comp Plan for UMCH Property). "Your Voice is Needed Now" | Input from residents is needed for visioning process |
| 10/16/13 | WARD Meeting | Guest: Councilwoman Bonnie Michael | Get acquainted. Reviewed development and green space for UMCH property |
| 10/17/13 | MKSK Meeting | WARD PG members participated in MKSK Design Charrette | WARD PG working with MKSK |

# WARD Presents Proposals for UMCH Site (January 2018)

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| 10/19/13 | Member Email | WARD provides information to members | Shared MKSK Visioning process as presented at UMCH property walk 10/5/13 |
| 10/23/13 | WARD Meeting | Reviewed MKSK Charrette Meeting (10/17), response for concerns expressed, website update, guests, outreach, membership | Ongoing tasks for WARD Planning Group |
| 10/30/13 | WARD Meeting | WARD PG job description, flier distribution to gain members, response to concerns, website development | Ongoing tasks for WARD Planning Group |
| 11/6/13 | Member Email | WARD shares information with members | Summary of MKSK Design Charrette process |
| 11/8/13 | Member Email | Request for help from members. WARD prepared information flier to increase email data base | Asked for help with door-to-door flier distribution |
| 11/11/13 | WARD Meeting | Website to go live this week. Next steps for MKSK/City timeline | WARDWorthington.org to go live by 11/13/13 |
| 11/14/13 | ThisWeek | WARDWorthington.com (Live Website) announced | Article announces WARD's website |
| 11/16/13 | Activity | Door-to-Door flier distribution to gain new WARD Members | Recruited many to help with flier distribution in all areas of Worthington |
| 11/20/13 | MKSK Meeting | WARD met with MKSK and city staff to preview proposed property designs for UMCH | Preliminary designs include: residential housing, commercial, retail & green space |
| 12/4/13 | Public Meeting | MKSK & City Public Meeting- TWHS Preliminary designs include: residential housing, commercial, retail & green space | Preliminary design scenarios presented to residents with opportunity to leave "post it note" comments |
| 12/5/13 | WARD Meeting | WARD review of MKSK public meeting. Internal discussions recorded in minutes. Many concerns were noted. | MKSK indicated current park space in Worthington is sufficient, residents requested another meeting with MKSK |
| 12/6/13 | Activity | WARD created Facebook page | WARD posts begin on Facebook |
| 12/11/13 | Member Email | Member communication with link to Worthington city website: link to Dec 4 public meeting hosted by MKSK | Encouraged residents to attend MKSK public meeting on 12/4/13. Link with more information provided |
| 2014 | | 2014 | |
| 1/17/14 | City Meeting | Members of WARD met with Lee Brown, (Director of Planning & Building), Darren Hurley (Director of Parks), Robyn Stewart, (Assistant City Manager), Topic: Review of | WARD noted there is a difference between active & passive green space |

# WARD Presents Proposals for UMCH Site (January 2018)

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| | | Worthington Green Space | |
| 1/27/14 | City announces website change | Visioning UMCH website-closed for comments about 5 proposed scenarios | Visioning UMCH website: 3 new questions posted for residents input. Topics include: residential, office, green space |
| 2/4/14 | Member Email | WARD PG released official response to 5 MKSK Scenarios | WARD expressed specific concerns about each of the proposed 5 scenarios |
| 2/5/14 | WARD Meeting | Guiding Principles amended. OSU Medical may be interested in UMCH property | Guiding Principles for WARD posted on WARDWorthington.org |
| 2/13/14 | This Week | WARD reports all 5 conceptual plans presented by consultants are "seriously flawed" | Specific flaws are quoted in article |
| 2/15/14 | WARD Meeting | Members of WARD met with Parks and Rec, Director, Darren Hurley, Park Commissioners, and Lee Brown, Director of Planning & Building. Subject: Visioning UMCH | Discussed proposals for UMCH, current park space, & resident desires for centrally located park |
| 3/12/14 | WARD Meeting | WARD PG met with Chris Hermann, (MKSK), Matt Greeson (City Manager), Lee Brown (Director of Planning). 2nd stakeholder meeting | MKSK & City will host 2nd public meeting 3/26/14 to address resident concerns from 12/4/13 public meeting. Asked for WARD's input prior to meeting |
| 3/14/14 | City Meeting | Members of WARD met w/City Staff & OSU Medical administrator to discuss medical facility on UMCH | Potential of medical facility on UMCH is appealing |
| 3/14/14 | City & MKSK | WARD members participated in bus tour of developments like what MKSK is proposing | MKSK showcased development like the 5 scenarios presented to public 12/4/13 |
| 3/26/14 | Public Meeting | Public meeting- MKSK and City share new plans | WARD & residents concerned city has not heard or listened to residents. Not much new presented from previous meeting |
| 4/16/14 | WARD Meeting | Guests: OWA Guests: Greg Browning, Mikel Coulter, Margaret Reed, Jim Ventresca | Determine unity points of OWA and WARD. Develop joint statement |
| 4/23/14 | WARD Meeting | Guests: Council Members: Scott Myers and Michael Troper (joint meeting with councilmen) | Goal: Share WARD's concern about legacy development on UMCH and understand councilmen's vision |
| 5/1/14 | WARD Meeting | OWA and WARD PG confirm joint criteria document is signed | Joint statement (OWA & WARD) confirmed. Distributed to City and Council |
| 5/19/14 | Activity | Distributed fliers to resident homes to encourage attendance at ARB/MPC meeting | MKSK will present updated Comprehensive Plans related to UMCH property |

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| | | on 5/29 | |
| 5/29/14 | MPC/ARB | MKSK presents revised Comprehensive Plan for UMCH section to ARB/ MPC: WARD PG Members attend. | Revised plan from document dated 5/23/14 presented. WARD expressed concern residents are not being heard. |
| 5/29/14 | Member Email | WARD sent email to member group with link to city where comments are being collected | Encouraged members to review proposed, updated Comp Plan and comment |
| 6/4/14 | ThisWeek | UMCH site plans still getting mixed review from public. Specific concerns noted by various residents | MKSK drafting amendment to Comprehensive Plan, section related to UMCH |
| 6/4/14 | City Meeting | WARD PG members met with City Staff Members | Discuss option of Public, Private, Partnership funding for UMCH |
| 6/18/14 | WARD Meeting | Guest: Tom Dalcolma, Manager, Commercial Real Estate & Development, Sotheby's International | Tom presented his vision for UMCH development to WARD |
| 6/26/14 | Public Meeting | MKSK presents updated Comprehensive Plan to ARB/ MPC | WARD Planning Group and residents attended ARB/MPC: Updated Comp Plan |
| 7/9/14 | WARD Meeting | Guest: Met with Councilman David Norstrom | Get acquainted |
| 7/23/14 | Parks & Rec | The Parks & Rec Commission sent a position statement to council regarding UMCH development | It was noted they met with WARD & others. Document included ideas for green space and activities |
| 7/24/14 | MPC/ARB | MKSK presents REVISED Comp Plan to ARB/ MPC: WARD PG Members attend. | WARD attends and has concerns about various aspect of revised plan |
| 8/2/14 | Member Email | WARD sent email to member group with link to city where residents can view revised plan | Further revision to proposed Comp Plan. Newest version will be shared with UMCH. |
| 9/2/14 | City Council | Worthington Council approved updated Comprehensive Plan concerning UMCH. Provides guideline for developers | Comp Plan includes commercial along High Street, residential with possibility of higher density, green space |
| 2015 | | 2015 | |
| 1/29/15 | WARD Meeting | Discussed new information shared with WARD Planning Group members | UMCH may be trying to select developer. Ohio Health may desire putting medical facility on UMCH. Conference Center was sold by UMCH to Methodist Church. Candy Brooks, reporter, resigned from ThisWeek. |

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| 4/15/15 | City Meeting: UMCH, LC, Staff, OWA, WARD | WARD PG met with UMCH, Lifestyle Communities, City Planning Staff & OWA (Old Worthington Association)<br><br>Attendees:<br><br>Lifestyle Communities: M. DeAscentis, Jr. (CEO), T. Lococo (Project Manager), C. Miller (Design Architect), M. Gargrave (Associate Counsel)<br><br>UMCH: D. Fisher (Chairman & Attorney), S. Koon (Property Appraiser)<br><br>City: M. Greeson (Manager), L. Brown (Manager Development/Planning), P. Fox (Law Director), L. Bitar (Planning Coordinator)<br><br>OWA: M. Coulter, J. Rogers<br><br>WARD Planning Group: M. Bates, R. Bradley, P. Fair, E. Gnezda, T. Hamer, B. Mitchell, J. Sherman | Topics included history of UMCH, expectations for development, money from sale will go to support Methodist mission, history of Lifestyle Communities(LC), development to include both rent & for sale properties, 2 commercial anchors, LC plan resembled land zones as shown in updated comp plan. (200 cottage homes, 350 townhouses/apartments, commercial on High, open mixed use green space). D. Fisher noted next steps: Commercial has time line-Fall decision desirable, PUD zoning (entire UMCH property) is required. WARD suggested public meeting needed to educate all residents. Matt Greeson, LC, & UMCH seemed to agree. WARD followed up with written document expressing specific concerns as requested. |
| 4/20/15 | WARD Meeting | WARD members discussed concern that David Fisher is both attorney & manager for UMCH project | Concern was shared with Matt Greeson, City Manager |
| 5/3/15 | WARD Email | WARD emailed UMCH, Lifestyle Communities, Matt Greeson, Lee Brown, Trent Bowers, Mikel Coulter. Posted on Facebook & WARD site. Sent to WARD members | Expressed appreciation for meeting held 4-15 and noted specific concerns regarding the Lifestyle Communities plan |
| 5/5/15 | Michael Duffey | Representative Michael Duffey posted on Facebook | He indicated that UMCH has an official development proposal from Lifestyle Communities |
| 5/7/15 | Dispatch | Article announces Lifestyle Communities is planning to buy and develop UMCH site | Public becomes aware Lifestyle Communities is to buy UMCH property |
| 5/11/15 | Council Meeting | UMCH development was not on agenda but resident, Nathan Palmer, expressed concern about density of LC proposal. It was noted proposal must go to MPC (Municipal Planning Commission) before it is presented | Council referred Mr. Palmer to updated Comprehensive Plan and to become involved with WARD |

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| | | to council | |
| 5/14/15 | Michael Duffey | Three WARD members met with State Representative Michael Duffey | Learned M. Duffey supports WARD, is concerned about proposed apartments which is denser than allowed by Comp Plan. He encouraged WARD to attend Council meetings, get more residents to attend and speak up |
| 5/14/15 | WARD Meeting | Guest: Councilman Doug Smith<br><br>Guest: Resident David Robinson | Councilman Smith encouraged WARD to move quickly as LC is meeting informally with council members. LC will share plans & hopes to win Council support, so permits can be pulled. Residents need to be more involved.<br><br>D. Robinson presented plan to initiate charter amendment to affect rezoning |
| 5/18/15 | Council Meeting | Even though UMCH was not on agenda, many residents spoke. Matt Greeson noted the Comprehensive Plan was recently amended to include new mixed vision for High Street commercial, Neighborhood Core, W. Estates Edge and green space | A prepared statement from WARD was read. It spoke of concern that residents are not being heard and are left out of process. There is a need for LC-UMCH to hold public meeting. WARD submitted concerns in writing to council, UMCH, & Lifestyle Communities |
| 6/8/15 | WARD Meeting | Reviewed: support for Doug Smith who will print a paper (The Spectator) with specific topics related to UMCH. WARD agreed in general with proposal by David Robinson (changes zoning appeal from 28 days to 90 days) | Agreed to provide support to Doug Smith and David Robinson |
| 6/9/15 | ThisWeek | Announces Forum on UMCH site slated for 6-29 at Worthington Education Center. | Public meeting to be held. UMCH and Lifestyle Communities will present at special ARB/MPC meeting June 29, 2015 |
| 6/12/15 | Document | Lifestyle Communities responded in writing to WARD's letter (5-1-15) request for info following the proposal presented 4-15-15 | Lifestyle stated appreciation for continued dialogue with WARD. Provided comment for each topic of concern noted by WARD |
| 6/15/15 | WARD Meeting | Reviewed response from Lifestyle and prepared for public meeting scheduled for 6-29. Also discussed Keep Worthington Beautiful initiative (zoning appeal proposal) | Discussed next steps for WARD. How to work with council, Lifestyle, UMCH, and residents |

# WARD Presents Proposals for UMCH Site (January 2018)

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| 6/29/15 | Document | OWA and WARD issue document regarding UMCH Project Principles. Based on joint statement originally issued 5-1-14. | Letter signed and sent to Matt Greeson, City Manager. Reflects specific project guidelines for development |
| 6/29/15 | ARB-MPC Public Meeting | Lifestyle Communities & UMCH unveiled their development proposal to public | Attendees expressed overwhelming opposition. LC was encouraged by MPC-ARB leaders to reach out to citizen groups |
| 6/28/15 | Dispatch | Worthington Panel: Site plan falls short (E. Rinehart) | See title of article |
| 6/30/15 | Dispatch | Worthington residents slam plans for UMCH site at meeting 6-29-15 (E. Rinehart) | See title of article |
| 7/1/15 | ThisWeek | LC's plans for UMCH isn't catching on with residents (A. King) | See title of article |
| 7/4/15 | Dispatch | Worthington could buy and develop land. Resident Abramo Ottolenghi | See title of article |
| 7/4/15 | Dispatch | Plan for High Street site flexible, city says. (E. Rinehart) | See title of article |
| 7/5/15 | Dispatch | Worthington Residents want plan for High Street development revised (E. Rinehart) | See title of article |
| 7/5/15 | Dispatch | Passions run deep over site in Worthington. (J. Weiker) | See title of article |
| 7/7/15 | WARD Meeting | Guests: OWA (G. Browning, Ventresca, M. Real) Guest: Jim Rush presented new idea | OWA goal: continue common ground discussion, issue joint message to city. Resident, Jim Rush, after seeing the LC proposal, created a new/different development idea |
| 7/8/15 | ThisWeek | Council says we are listening & doing our jobs (A. King) | See title of article |
| 7/8/15 | ThisWeek | OWA & WARD submitted letter to Matt Greeson sharing frustrations with public project meeting on 6-29-15 (A. King) | See title of article |
| 7/13/15 | WARD Meeting | WARD continues discussing concerns of LC plan regarding: green space, density, traffic etc. | Discussing how to work with others, including city and how to present idea from Jim Rush. |
| 7/15/15 | Document | Council issued letter to Lifestyle Communities | Comp Plan provides framework and can be interpreted. Need proposal that positively shapes future & is achieved through |

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
|  |  |  | dialogue with community |
| 7/15/15 | WARD + Staff meeting | WARD and city staff met | Jim Rush, a resident, presented an idea for a development proposal- less dense and accommodates the need for patio homes |
| 7/16/15 | ThisWeek | Council will send letter to LC. Letter was dated 7-15-15 as noted above (A. King) | See title of article |
| 7/22/15 | WARD Meeting | Discussions: 1) Seems to be conflict of interest that David Fisher is legally representing both UMCH & LC, 2) Public-Private Partnerships (referenced page 91 of Comp Plan), 3) WARD's position on revised Comp Plan, 4) Prepare for August meeting with M. Greeson+ staff & OWA | Moving forward with multiple topics |
| 8/3/15 | WARD Meeting | Discussed sending action items to staff & council prior to 8-19 meeting. Would be done in conjunction with OWA.\n\nSet schedule for WARD to meet with candidates. | Items for meeting with OWA & city staff: ask city to hire professional negotiator, ask city for 3 options to implement public-private partnership, ask for data supporting need for apartments, ask about traffic, water/sewer studies |
| 8/24/15 | WARD Meeting | Guests: D. Robinson (KWB) and Candy Brooks (council candidate) | Learn more about Keep Worthington Beautiful (zoning amendment.\n\nGet acquainted with Candy Brooks |
| 8/31/15 | WARD Meeting | Guests (council candidates): Doug Foust and Doug Smith.\n\nWARD voted to support KWB referendum. | Get acquainted with council candidates |
| 9/14/15 | WARD Meeting | Guest: Sean Demaree (council candidate). Identified additional steps to support KWB. | Get acquainted with council candidate, Sean Demaree |
| 10/2/15 | OWA | OWA issued public document | States the UMCH-LC proposal is the wrong development model for the property |
| 10/7/15 | WARD Meeting | Guest: Councilman David Norstrom | Councilman Norstrom expressed concern that current issues (including Issue 38) are dividing city, even pitting neighbor against neighbor. Open discussion followed |
| 10/12/15 | Document | City Council issues statement regarding UMCH Development | "Never supported plan presented by UMCH & developer, supports proven process of including public input, will only support development that enhances community & meets broadest sense of Comp Plan |

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| | | | objectives" |
| 10/16/15 | ThisWeek | Letter to editor: WARD urges a yes vote on KWB Issue 38 (A. King) | See title of article |
| Nov 2015 | ThisWeek | Issue 38, led by D. Robinson, passes partially as a backlash regarding council's decisions about the pocket park and UMCH. (A. King) | See title of article |
| 11/5/15 | WARD Meeting | WARD will engage in a new community survey Q1 2016. Second WARD survey | New resident survey planned for Q1 2016 |
| **2016** | | **2016** | |
| 1/5/16 | WARD Meeting | Guest: Councilman Doug Smith | Lifestyle may have revised plan. Will begin meeting with council members & staff individually. Expressed surprise that WARD had not been contacted following the 6-29-15 meeting. |
| 1/21/16 | WARD Meeting | Councilman Doug Smith will assist with survey material. Focus is UMCH development & Comprehensive Plan | Began drafting new resident survey for Q1 2016. WARD's second survey in 3 years |
| 2/1/16 | WARD Meeting | Reviewed latest draft of survey<br><br>Important upcoming meetings: COTA & Holiday Inn | Survey review<br><br>Some WARD members will attend COTA meeting & some Holiday Inn. Both meetings scheduled for 2/4/16 |
| 2/2/16 | WARD Meeting | Guest: Councilman Doug Smith. He informed council he is assisting WARD with new survey | Doug explained steps to work on survey which will be tabulated by OSU expert |
| 2/23/16 | WARD Meeting | Reviewed survey draft #4 from Doug Smith | Survey gathers information about density, green, connectivity, quality of development |
| March 2016 | WARD Survey | WARD distributes its 2nd survey. Close date: March 20, 2016 | Second WARD Survey circulated online plus paper copies at key locations |
| 3/31/16 | ThisWeek | Desire to be inclusive spurs rule change. OWA added all residents in historic district to membership. (A. King) | See title of article |
| 4/6/16 | WARD Meeting | Guest: Councilman Doug Smith<br><br>Guest: David Robinson | D. Smith presented slide show of 2nd survey results<br><br>D. Robinson shared that he & Councilman D. Foust met with D. Fisher (UMCH), M. DeAscentis (Lifestyle), & P. MacDonnell. UMCH & Lifestyle were challenged to meet with citizen groups. OhioHealth facility is |

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| | | | being considered. |
| 4/7/16 | ThisWeek | Status of proposal at stand still, 10 months after Lifestyle Communities & UMCH unveiled development plan on 6-29-15. (A King) | See title of article |
| 4/18/16 | Document | Doug Robinson shared email from David Fisher, Chairman of UMCH | Email indicated neither Lifestyle not UMCH are willing to forego 250 apartments. They are also in conversation with Ohio Health for medical facility |
| 4/20/16 | WARD Meeting | Reviewed March survey results. This is 2nd survey prepared and distributed by WARD. | Public meeting scheduled for 5-5-16 to present survey results. |
| 5/4/16 | ThisWeek | Medical office being sought for UMCH property. (A King) | See title of article |
| 5/4/16 | ThisWeek | WARD shares survey results. (A. King) | See title of article |
| 5/5/16 | WARD Public Meeting | WARD shared survey results with citizens via public meeting at Griswold. This was 2rd resident survey prepared by WARD. | PowerPoint presentation. Survey results summarized on handout. |
| 6/10/16 | WARD and City Meeting | Members of WARD met with Matt Greeson, City Manager and Lee Brown, Director of Planning & Building | City staff shared what is happening or not happening with UMCH and Lifestyle Communities and what is important to city |
| 6/29/16 | WARD Meeting | Guest: David Robinson | Discussion about what is happening or not happening with UMCH, LC, and city |
| 7/15/16 | Letter request | WARD and five other citizen groups submit joint request to council & staff for information about creating significant public park | For 4 years, community has discussed future of UMCH property, including significant park space. City has been unresponsive to requests for information |
| 8/29/16 | WARD Meeting | On 8/24/16 members of WARD met with other groups: OWA, Citizens for Historic Worthington, KWB (Keep Worthington Beautiful), Northern Gateway, and city staff (5 people) | Topics: all agree UMCH is sacred land. Residents, city, and groups need to work together. Consider private-public partnership. Hire outside consultant. City agreed to complete cost analysis (as previously requested) & roadmap by mid-September. City has had no communication with UMCH or Lifestyle |
| 9/14/16 | Dispatch | Medical Building proposed for Controversial Worthington site (Kimball Perry) | See title article |

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| Mid-Sept 2016 | City letter | WARD received 6-page document from Matt Greeson | Provided were: city financial information, examples of studies in other cities for larger developments showing fiscal, school, public service, and framework document for UMCH with objectives |
| 9/19/16 | WARD Meeting | Discussed proposed pros and cons medical building proposal | Decided to provide written letter stating specific concerns |
| 9/22/16 | MPC/ARB | OhioHealth submits proposal for a medical facility on UMCH | WARD PG attended meeting |
| 9/28/16 | ThisWeek | Commission gives advice on latest (UMCH) plan. (A. King) | See title of article |
| 10/3/16 | WARD Letter | WARD submits a letter of concern about OhioHealth medical facility to ARB/MPC & city staff | On 9/20/16 WARD PG gave initial support. On 10/3/16 WARD PG sent letter indicating specific concerns for proposal as shown at 9/22 MPC/ARB meeting |
| 10/4/16 | WARD | Draft: Framework for moving forward | WARD discussed and documented internal thoughts regarding next steps for UMCH development. Did not distribute |
| **2017** | | **2017** | |
| 5/6/17 | WARD | Information shared with WARD | Methodist Conference Center (2.5 acres) had terms in their lease giving them the right to purchase the adjacent UMCH property at a fixed rate. Part of this space had been allocated for Ohio Health |
| 9/7/17 | WARD Meeting | Four open seats for council. Nine candidates. WARD will not openly support any candidates. | Doug Smith will ask all nine candidates to answer questions & share with public. WARD agreed his questions related to WARD's March 2016 survey are still relevant. Topics: density, connectivity, green space, quality of development |
| 9/9/17 | Member Email | WARD sends email to member group. Building an Ohio Health facility on UMCH is on hold. | Methodist Conference Center exercised its lease right to purchase their property, thus putting on hold the agreement with Ohio Health |
| 10/9/17 | WARD Meeting | Guests (2 council candidates): Incumbent Councilman Scott Myers Candidate Beth Kowalczyk | WARD learned the agreement between UMCH and Lifestyle Communities is in effect for 10 years. The exact date the agreement started is not known. |

# WARD Presents Proposals for UMCH Site (January 2018)

| DATE | Event | Comment | Additional Comments |
|------|-------|---------|---------------------|
| | | | |
| 11/7/17 | ThisWeek | It's been two-and-a-half years since Lifestyle Communities unveiled plans for the former site of United Methodist Children's Home (UMCH) (A. King) | Article included comments from S. Myers (LC lied) & B. Michael stated Council did not act as quickly as should have. Wished public LC presentation had not been an MPC meeting |
| 11/27/17 | WARD Meeting | Guest: Councilman David Robinson, newly elected | D. Robinson requested special meeting with WARD to kick off new 2018 term with joint vision regarding UMCH development. Follow-up document received by WARD |
| 12/5/17 | WARD Meeting | Focus on idea document from David Robinson: Develop proposal for space for common good on UMCH/1033 High Street | WARD Members assigned "homework" to prepare for joint document in Q1 in 2018 |
| **2018** | | **2018** | |
| 1/2/18 | WARD PG (Planning Group) Communication | WARD PG communicates via Facebook | Post: At City Council meeting on 1-2-18, council directed city staff to develop a process for updating city's comprehensive plan. They plan to be ready in March with vote June 2018. |
| January 2018 | WARD PG | Matt Greeson, City Manager, and Councilman Doug Smith share information with WARD | WARD learns that Yaromir Steiner, of Easton development, is in early stages of discussing development of UMCH property. WARD should expect to be contacted by Mr. Steiner soon |
| January 2018 | WARD PG | WARD PG Members prepare white paper | Includes: Principles/Guidelines of WARD, history of property, review of 2 resident surveys, review of Comprehensive Plan related to UMCH, ideas for public space for common good, how development will affect Worthington today and long term, timeline of WARD-UMCH activities. Call to Action |
| | | | |

**Appendix B**



# MEMORANDUM

TO:       Matthew H. Greeson, City Manager

FROM:    Darren Hurley, Parks & Recreation Director

DATE:    August 5, 2014

SUBJECT:  UMCH Motion and Position Statement

At their July 15 meeting, the Parks and Recreation Commission had a discussion and approved a motion made by Member Dan Armitage relating to the UMCH property. The motion is as follows:

*The Parks and Recreation Commission urges City Council to consider every opportunity available to maximize the amount of UMCH property designated as park space for the community. A member designated by the Commission is drafting a letter outlining the discussion and ideas of the Commission throughout this process to be presented to Council.*

There were four members present and the motion passed unopposed. Since that meeting, members have drafted the attached position statement and all members of the Commission as listed on the letter have approved the letter. It is attached for your review. The Commission has requested it be forwarded to City Council along with the motion they approved.

7.23.14

Dear Worthington City Council –

As members of the Parks and Recreation Commission we feel compelled to put in writing our thoughts and recommendations regarding the use of land at the UMCH property on North High Street in Worthington.

Over the last several months the Commission members met with Lee Brown, Director of the City's Planning & Building Department and members of the community group, W.A.R.D to discuss the UMCH property. We also walked the site and discussed potential uses for the area. We were energized and excited by all the possible benefits to the community if additional green space is dedicated to Parks.

As you know, we have an exceptional Parks and Recreation system in Worthington. However, we are lacking in some areas, and we see possibilities for short term and long-term use at the UMCH property. Undeveloped land in Worthington is very limited. Opportunities to add recreation features currently absent from the City are even more limited. The UMCH property is unique in its location, size and proximity to Old Worthington and to the surrounding neighborhoods and could be utilized for community events such as concerts, art shows, taste of Worthington, and other gatherings that strengthen Worthington's core values.

Some of the ideas the Commission discussed based on feedback from residents in their communities included:
- preservation of wildlife and specifically Tucker Run
- a pond or lake to regulate storm water and be utilized for outdoor education including fishing, kayaking, canoeing, and stand up paddle board
- natural play structures for children and residents
- public access to large open green spaces for soccer, picnics, and community events
- walking trails with connectivity to High Street
- a splash park
- shelter house or houses with restrooms (able to be reserved by community members)
- ice skating and hockey rink (possible winter use for the pond)
- amphitheater or community performance space

In a perfect world we would like for the site to be 100% parkland and recreation space available for community access and events. We would be remiss as representatives of the community and the Parks and Recreation Commission if we did not state our ideal vision of the UMCH property.

With that said, we realize that the city and the parks department have limited resources to purchase and to maintain such a large parcel of land. However, if UMCH was willing to donate the land we would ask that City Council take it, and over the next several years we would find a way to maintain it and develop it into recreational or community spaces.

If the land is sold to a developer the Commission asks that City Council make every effort possible to reserve a large portion of the land (through zoning or purchase or otherwise) for parks and recreation and community space.

In closing, the Commission recognizes and appreciates City Council's obligation to consider a number of factors in addition to parks and recreation, but we wanted Council to know that we are strong proponents of designating the largest area possible for parks and recreation and community space

Sincerely-


Worthington Parks and Recreation Commission

*Michele Miller*
*Laura Ball*
*Bob Burpee*
*Rob Wendling*
*Dan Armitage*
*Peter Calamari*
*Dave Kessler*
*Zoe Gregory-Tims*

## Appendix C

### Current Conditions

The City of Worthington maintains more than 221 acres of developed and natural public areas. Neighborhood parks and playgrounds are conveniently located throughout the community within easy walking distance for everyone. Each park is designed for different purposes and offers a unique experience in athletics, passive recreation, natural vegetation, and wildlife. Below is a chart listing all of the parks and detailing the amenities each offers. In addition, the map indicates the location and distribution of parks throughout Worthington.



**Current Park Overview**

| Worthington Parks<br>■ Available Facilities<br>● Enclosed Facilities | | Bike / Backcountry Trail | Half Diamond | Disc Golf | Dog Park | Nature / Hike Trail | Picnic Tables | Playground | Soccer Field | Swimming Pool | Tennis Court | Volleyball | Wading Pool | Area |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East Granville Park: 245 E. Granville Rd.<br>1a: Moses Wright Nature Area | 1 | | | | | ■ | | ■ | ■ | ■ | | | ■ | ■ | 8 |
| Godown Park, 6099 Godown Rd. | 2 | | | | ● | ■ | | | | | | | | | 10 |
| Heischman Park: 674 E Worthington-Galena Rd. | 3 | | | | | ■ | | | ■ | ■ | | | | ■ | 1 |
| Huntley Bowl Park: 6199 Huntley Rd. | 4 | | | | | | | ■ | ■ | | ■ | ■ | | | 7 |
| Indianola Park: 5500 Indianola Ave. | 5 | | ■ | | | | | ■ | ■ | | | ■ | ■ | | 3 |
| Linworth Park: 5971 Linworth Rd. | 6 | ■ | ■ | ■ | | ■ | | ■ | ■ | ■ | | ■ | ■ | ■ | 13 |
| McCord Park: 333–345 East Wilson Bridge Rd.<br>7a: Community Center & All Children's Playground | 7 | ■ | ● | | | ■ | | ■ | ■ | ■ | | ■ | ■ | ● | 30 |
| Olentangy River Parklands: 600 W. Wilson Bridge Rd.<br>8a: Whitney Playground  8b: Highgate Playground<br>8c: Winding Adventure Skate Park | 8 | | ■ | ■ | | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | 104 |
| Park Boulevard Park: 125 Park Blvd. | 9 | | | | | | ■ | ■ | | | ■ | | | ■ | 7 |
| Perry Park: 7300 Collins Dr. | 10 | ■ | | ■ | | ■ | | ■ | ■ | ■ | | ■ | | ■ | 21 |
| Pingree Park: 374 Pingree Dr. | 11 | ■ | | | | ■ | | ■ | ■ | ■ | | ■ | | | 1 |
| Selby Park: 358 Selby Blvd. South | 12 | | ■ | | | ■ | | ■ | ■ | ● | | | | | 2 |
| Shaker Square Park: 688 Middlebury Ct. | 13 | | ■ | | | | | ■ | ■ | | | | ■ | | 1 |
| Snouffer Park: 2341 Snouffer Rd. | 14 | ■ | | | | | | | | | | | | ■ | 10 |
| Village Green: Corners of High St. & Dublin-Granville Rd. | 15 | | | | | ■ | | | | | | | | | 3 |
| Wilson Hill Park: 1025 Ridgedale Dr. East | 16 | | ■ | ■ | | ■ | | ■ | ■ | ■ | | ■ | ■ | | 3 |

City of Worthington Parks and Recreation Commission | Park Master Plan | 2017

6

## Appendix D

# Current Lifestyle Communities Proposal (as presented 6-29-15)
## Cost Benefit Review presented by Jim Rush to WARD
## July 8, 2015

| Stakeholders | Benefits | Drawbacks |
|---|---|---|
| City | Increased tax base from two-three office buildings | School changes |
| | Limited small public parks | Increased police and fire costs |
| | | Storm water & drainage problems |
| | | Traffic |
| | | Construction traffic |
| | | 10% +/- increased population |
| | | Infrastructure costs |
| | | Bad will |
| UMCH | Money ($7-10 million) | None, except bad will |
| Developer | Money (10-15% profit) | None, except bad will |
| Community | Small parks | Traffic/Congestion from density |
| | | Cut through traffic |
| | | Storm water & drainage problems |
| | | School changes |
| | | Construction traffic (2-3 years) |

## Proposed Idea for UMCH Development
## Presented by Jim Rush to WARD
## July 8, 2015

| Stakeholders | Benefits | Drawbacks |
|---|---|---|
| City | Greatly increased tax base with 5 to 7 office buildings | Park maintenance |
| | Decreased water flow | Less construction traffic |
| | Less re-districting of students to schools | |
| | Less infrastructure (police, fire, etc.) | |
| | New free park, centrally located | |
| | Limited residential – primarily for Empty Nest | |
| | Good will with residents | |
| UMCH | Money | Not as much money (approximately 60-75%) |
| | Leave legacy- UMCH Children's Park | |
| | Good will | |
| Community | Park for all of Worthington | Limited construction traffic |
| | No neighborhood congestion | |
| | Less construction traffic | ! |
| Developer | Good will | Less money |
| | Money | |



New Idea for UMCH Property Development
Presented by Jim Rush (7-8-15)
Using 3-2-1 Valuation

EXHIBIT

*107*

PENGAD 800-831-6989

## Robinson, David

From:   Robinson, David </o=ExchangeLabs/ou=Exchange Administrative Group
        (FYDIBOHF23SPDLT)/cn=Recipients/cn=06078a4e629c4dd7ba92321c7aaee3a3-Robinson, D>
Sent:   Fri 1/21/2022 6:06 PM (GMT-00:00)
To:     Brewer, Katy <Katy.Brewer@worthington.org>;Bucher, Peter <Peter.Bucher@worthington.org>
Cc:
Bcc:    davidwhitfieldrobinson@gmail.com
Subject: Fw: [EXTERNAL] Article and thoughts


Katy and Pete, since you are hosting a public form this coming weekend on the subject of actions at
this week's meeting, I wanted to share this letter from a resident (in response to the Business First
article) and my response. I hope to meet with him this weekend to discuss. Stay in touch. I hope
Sunday's event is productive for you and the residents. David

David Robinson
City Council Member
Worthington, Ohio
mobile - 614-893-4573
david.robinson@worthington.org
davidrobinsonblog.com

From: Robinson, David <David.Robinson@worthington.org>
Sent: Friday, January 21, 2022 1:03 PM
To: Phil Hein <philhein@gmail.com>
Subject: Re: [EXTERNAL] Article and thoughts

Thank you for writing Phil, and for asking that we get together to talk. Let's do that. How about this
weekend? I'm available Saturday afternoon in the 3-6 range, and Sunday in the 1-3 range. Chatelaine,
or elsewhere? If neither of these times work, please propose something.

I can fully appreciate your initial reaction to the article (I have not read it yet, but of course know what I
said to the reporter), and hope that with an explanation your understandable concerns can be allayed.
Here's a quickly-written outline of why I initiated this action at Council without prior notification:

1.  The 2014 UMCH Comprehensive Plan (CP) has been at the source of our problems— public
    divisiveness and lack of progress— at this property. This is because 1) developers submit
    proposals based on rough conformity with this Plan, 2) it is formal City policy to assess proposals
    based on this Plan, and yet 3) the Plan (despite its own claims to be a "consensus" document) is
    not based on, nor does it enjoy, broad public support. Instead, the Plan reflects the high-density
    "new urbanism" that is Lifestyle's business model. This lack of public support has been fully
    evident since the 2015 public meeting at the WEC where Lifestyle Communities (LC) first
    presented their development concepts.

2.  If LC has a proposal or application before the City, we cannot legally update the UMCH portion
    of the CP (as applied to their proposal since they would have a "vested interest"), nor effectively
    discuss the issue with the public due to possible claims of interference in their ongoing process
    with the City. This is a very important point, underlying the need for quick action, as I discuss
    further below.

3.  LC's most recent proposal was denied, after 14 months working its way through City processes,
    at the December 13, 2021, Council meeting. So this month is the first time since October, 2020,
    that there has not been an LC proposal before the City.

4. If we were to publicly announce that we were considering changing the UMCH CP, LC could quickly submit an application or proposal before we do so, thereby preventing us from updating our UMCH Plan. This is not hypothetical, but actually happened in September/October of 2020. We discussed a CP update at Council, and before the next meeting LC had submitted a proposal before the next meeting. This was not coincidental. Nor, in my judgment, should we allow that to be repeated.

5. So we faced a choice. Either continue with the 2014 Plan, resigning ourselves to that model, or update the Plan. For me the choice was clear. The status quo and a posture of passivity had become destructive and unproductive. Update the Plan we must. And yet, if we publicly talked about updating the Plan, without immediately doing so, we ran the very real risk that LC would block our action and force us to remain with the old Plan. I was unwilling to accept that LC should be able to control, through their actions, our ability to write and update our own Comprehensive Plan. To me, the ability for us to write our own guiding documents related to our common future is a fundamental right and responsibility of our City. That is clear to me. To allow a corporation to repeatedly deny us the ability to literally write our own future (by submitting applications or proposals following our making public our intentions to update the Plan), would be a dereliction of my duty as an elected official and in violation of my core pledge to be "Resident-Centered." So I saw no other way, than the action we took at this week's meeting, to achieve the much-needed goal of updating our Plan.

I hope this makes sense. And if you have a better idea, even if retrospective, I would like to hear it. There are many details we can discuss, but this is my basic reasoning. Moving forward—and this is hugely important—our community can now freely discuss our UMCH CP, knowing that the updated Plan provides a sufficient basis for assessing future proposals more in line with public opinion, even if LC were to now submit a proposal. I plan to lead in this effort. Finally, I've attached the UMCH CP Resolution and update for your review if you so choose.

Please let me know about your availability for getting together. Many thanks again.

David


David Robinson
City Council Member
Worthington, Ohio
mobile - 614-893-4573
david.robinson@worthington.org
davidrobinsonblog.com

From: Phil Hein <philhein@gmail.com>
Sent: Friday, January 21, 2022 11:14 AM
To: Robinson, David <David.Robinson@worthington.org>
Subject: [EXTERNAL] Article and thoughts


⚠ This message is from an external source. **Please exercise caution** when opening attachments or opening web links from external senders, especially if the message is unsolicited or unexpected. If you feel this may be a phishing attempt, please use the **Phish Alert button** or reach out to **helpdesk@worthington.org** for assistance.

David

Good morning. I am a resident of the City and just read the article in Business First regarding the recent Council meeting earlier this week and how you lead efforts to change the Comprehensive Plan for the City regarding the UMCH site by introducing the legislation change hours before the scheduled meeting. My concern is that while I wouldn't agree with the past proposals of the LC (which coincides with the feelings of others in the community), this action as the new Council President gives me concern. From your election website, you stated:

"When Worthington residents are informed, engaged, and listened to, we make the best decisions. This should be City Council's guiding principle. That means Council should proactively share information, encourage robust debate, truly listen, and then act accordingly. This is how we achieve sound policies and a healthy political culture. Council should be held to this standard.

I am having trouble understanding how this is achieved based on the actions taken. I welcome robust debate in the community on use of the site followed by finding development partners who understand it and can get behind it. From one resident's perspective, I dont see how information was proactively shared prior to the vote, especially when according to the article it was left off the agenda altogether.

I would like to meet and better understand your philosophy and hear how you plan to solve this particular challenge. After reading the article, I find it only appropriate to meet with you rather than rely on one article written. Please let me know what your upcoming availability is and we can go from there.

Thanks
Phil Hein

# City Council Updates UMCH Plan, Reflecting Voices of the Residents

Written by David Robinson on January 30, 2022. Posted in City Council, City Identity, Comprehensive Plan, MPC/ARB, Parks/Greenspace, Public Health, Schools, Sustainability, UMCH, Zoning



This is a long post about an extremely important topic—
UMCH.  Here's the outline:

    1. Summary



EXHIBIT

108

**Community Links**
## CATEGORIES

Affordability (5)

Arts (4)

City Budget (21)

City Council (55)

City Identity (40)

City Services (22)

Comprehensive Plan (18)

Ethics (8)

Good Governance (2)

Harding (2)

Historic District (11)

History (12)

Household Impact (30)

Local Business (24)

MPC/ARB (15)

Parks/Greenspace (29)

Public Events (10)

Public Health (35)

Public Safety (18)

2. Background of the Comprehensive Plan
3. General Principles of the 2022 update
4. General Components of the new Plan
5. Moving Forward
6. Questions and Criticisms
7. The Choice We Faced, the Action We Took

**Summary**

At the January 18 public meeting, City Council passed a Resolution updating the UMCH portion of the City's Comprehensive Plan, effective upon passage. **This action was years in the making and, I believe, long overdue. The new Plan is grounded in the views of Worthington residents, not consulting firms,** and creates the possibility of a new way forward for our community on this vital yet contentious issue.

The new Plan replaces the 2014 Plan, which promoted a high-density outcome at UMCH and was referenced repeatedly in Lifestyle Communities' proposals as supposedly compatible with their apartment-heavy business model. The new Plan passed by Council (the full text is provided below, at bottom), will now guide development considerations at UMCH, by both developers and the City. The vote for the new Plan was 4 yeas (Brewer, Bucher, Robinson, Smith) and 3 nays (Hermann, Kowalczyk, Michael).

What follows below is primarily an overview of the new Plan so that you can judge for yourself whether it fairly represents the general views and aspirations of the broad public. I believe it does, far better than the 2014 Plan it replaced. But what is important is whether you and your many neighbors share this assessment, and can support the new Plan's general direction. Now more than ever I invite and encourage your feedback (**davidwrobinsonblog@gmail.com**).

Following this review of the 2022 Plan, I'll address some questions and criticisms I've heard, explaining why, because of a compelling public purpose, Council needed to act quickly the way we did.

public schools (13)

Racial justice (3)

Schools (6)

Sustainability (35)

UMCH (16)

Uncategorized (20)

Wilson Bridge Road (6)

Zoning (17)

## Background of the Comprehensive Plan

The Comprehensive Plan (the "Plan") is the City's central land-use planning document. The Plan is intended to guide prospective developers regarding the City's current thinking about what types of development are desirable in the different areas of the city, and, as a consequence, what type of development proposal is most likely to receive eventual approval. Further, the Plan—in subordinate relationship to our City Code (zoning, etc.), and augmented by our Design Guidelines—serves to guide city staff, the Municipal Planning Commission (MPC), and City Council itself, in evaluating proposals that have been submitted to the City. In sum, the Plan plays a key role in establishing the contours of what is desirable and possible within Worthington. It has had, and will have, a significant role in determining development considerations at UMCH.

The Comprehensive Plan includes a specific section for the "United Methodist Children's Home Focus Area." In 2014, this section of the Plan was updated (from the previous 2005 version), by City Council Resolution, effective immediately, following a process led by urban design consulting firm MKSK. The 2014 Plan, written by MKSK, proposed a high-density mixed-use outcome at UMCH, consistent with the new-urbanism model that was popular within the development industry at that time.

Since the adoption of this 2014 Plan update, Lifestyle Communities has presented three versions of a high-density development at UMCH. These included roughly 500 residential units (in 2015), 700 units (in 2020), and 600 units (in 2021). Throughout, Lifestyle made frequent references to the 2014 Plan as implicit validation of their own proposals. [Note: the 2015 Lifestyle plan, though not a formal proposal, was previewed at a public meeting of the MPC at the WEC, attended by several hundred Worthingtonians; the 2020 and 2021 plans were formal proposals submitted to the City, and reviewed through our normal regulatory processes involving staff, the MPC, and Council itself].

So that is a bit of the nature and history of the "United Methodist Children's Home Focus Area" section of the Comprehensive Plan. It was this section, and only this section, that was updated by City Council Resolution on Tuesday, January 18, 2022.

**General Principles of the new update**

**The new update is based on the views and values of the broad public, as we have heard them voiced many, many times over the last 10 years—through countless meetings, many hundreds of letters and testimonials, and well over a thousand petition signatures.** The new update is straightforward in its expression of general principles and broad parameters. The language both endorses and constrains, and is flexible enough to accommodate a wide range of viewpoints for future discussion, deliberation, and decision-making.

There are four basic principles at the heart of the new update.

The first two principles state that we should think comprehensively and long-term:

- *It is important that the development of the property be considered and executed holistically, as an integrated whole.*
- *Because of its size and central location, this undeveloped land represents a singular opportunity for the City of Worthington to develop the property in a manner that is extraordinary and that serves the long-term interests of the community. As an historic community, it is natural and appropriate for the City and its residents to think in this way.*

The third principle outlines specific constraining factors—traffic, impacts on the environment and schools, etc.—and describes positive goals of any outcome at the site. These specific criteria all contribute to the overarching idea that any development must be "harmonious and compatible" with the community:

- *It is essential that any development of the site be harmonious and compatible with the fabric of surrounding neighborhoods and the natural environment. This pertains to traffic patterns, environmental impact, scale and density of any residential housing, impact on schools, and the architectural and aesthetic provisions inherent for any property, as are these parcels, located within the Architectural Review District. Stated positively, outcomes should increase community well-being and vibrancy, opportunities for social activities for persons of all ages, bicycle and pedestrian connectivity, commercial opportunities, and housing, appropriate in scale and type, that support these goals.*

Finally, the fourth principle establishes the standard that the outcome at this property ought to reflect Worthington's distinctive character—to not imitate—and to strive for something exceptional:

- *We seek an outcome on this land that is distinctive, exceptional, and expressive of Worthington's own values and community ethos.*

## General Components of the new Plan

Following the statement of basic principles, the Plan provides a general outline of the desirable outcomes for the different areas of the property (flexible in the relative proportion and makeup):

- *Compatible with current S-1 zoning, a large contiguous greenspace, central to the property and inclusive of the Tucker Creek acreage, is a highly desirable component of any outcome.*
- *Commercial development, aimed at revenue generation for the City and select service-oriented retail that is compatible with the development, is highly desirable along High St., roughly in conformity with the existing C-2 and C-3 zoned areas.*
- *Residential housing, though requiring rezoning, is desirable, if: 1) it is creatively executed, and, 2) whether embedded within the commercial areas or free-standing, is harmonious in overall mass and scale, form, and impact upon surrounding neighborhoods.*

## Moving Forward

Passage of the Plan update does not, of course, resolve the issue of UMCH nor answer how we will get to a successful resolution. But **the new Plan does something very important: it aligns the City's Plan for UMCH with the values and viewpoints of our residents, thereby putting the Plan on the secure footing (the *only* secure footing) of public support.** This agreement of City Plans with public opinion has been missing since 2014, and is at the root of why we have been stuck in a repetitive cycle of having to receive and then evaluate development proposals that are, predictably, firmly rejected by the bulk of our residents. **The new Plan seeks to end that cycle, to free us from a fruitless and divisive process, and to provide a way forward at UMCH based on genuine public support.** In the end, this clarity of purpose will benefit all parties.

The next steps have not yet been determined, but I am committed to working with my colleagues on Council, City staff, and the broad public to proactively engage this issue. I will be advocating for serious, rigorous studies—cost/benefit analyses— of various outcomes at the property, in order to provide us with actual data and numbers to guide our thinking and to ground our judgments. Despite the many years, this has not been done previously.

I believe that for productive public discourse to occur, objective information needs to be developed and made available to all. **Rigorous studies—conducted and facilitated by firms without a vested interest—of different development outcomes ought to encompass the full spectrum of relevant metrics: impacts on the schools, traffic, city budget, housing, environment (water, trees, noise, air, etc.), general appeal of the city, secondary economic effects, social life, recreational opportunities, walkability, effects on other commercial areas of the city, and so on.** Again, this level and type of study has never been undertaken for this property. Instead, we have spent years talking in general concepts only, in a mix of partial or sometimes misleading information. We can and must do better than that. I believe that "an informed and engaged public is the basis of sound public policy." That is nowhere truer than in this case.

Now let me state the obvious: though we control the zoning of the property, we do not own the property. The current property owner is Lifestyle Communities (to read about how Lifestyle purchased the property for a discounted $5.2 million, click here: **https://davidrobinsonblog.com/2021/05/umch-whats-next-part-i-backdrop-lifestyles-buys-5-2-million-discounted-contract-price/**). How Lifestyle will proceed we do not know. I hope productive dialog will soon ensue. I will seek that. But what we can control now is the content of the City's Comprehensive Plan in order to provide a basic vision for desirable outcomes. And we can prepare ourselves for future contingencies by engaging in the studies and community dialog I suggested above. That is my proposed course of action at present, and what I will bring to Council. Again, feedback is most welcome (**davidwrobinsonblog@gmail.com**).

**Questions and Criticisms**

Not surprisingly, this quick action—a clear departure from Council's reactive stance over the last seven years—has raised a number of questions among the public. **These questions are wholly understandable and a sign of civic health**. I welcome these questions, and personally share the values underlying them, for instance, the importance of transparency in our local governance. I see it as my responsibility to address these questions and I do so below.

From others, their response to our action has not been inquiry but criticism. This too is a central, indispensable part of our governmental system. I address the criticisms below, and do so with confidence that once the facts are known, the actions of this Council will be supported by the broad public. That's because **the alternatives—doing nothing and accepting the status quo, or acting in a way that empowers Lifestyle Communities to block basic City action—were counter to the public interest.** This recent action by your Council was an important step in aligning City policy with public opinion regarding UMCH, thereby offering a new way forward for the residents, the City, and, perhaps, Lifestyle Communities.

*Why update the UMCH Plan?*

The City's 2014 Plan, written by a consulting firm, endorsed a high-density, apartment-heavy outcome at UMCH. This was in contrast to the 2005 Plan, which stated that "a predominance of residential development at these sites [UMCH and Harding Hospital/Boundless] is not advisable or in the City's best interests." Nonetheless, this 2014 Plan has been an underlying factor behind Lifestyle's several plans, all three of them minor variations on the same high-density project. Each time, 2015, 2020, and 2021, the public has convincingly rejected these Lifestyle plans and the basic concepts underlying them.

Further, if the 2014 Plan had remained in place, Lifestyle could have submitted their basic proposal again, and again, and again, claiming City sanction because of the 2014 Plan. **Eventually, cities, like people, may get worn down, exhausted, eventually approving something in order to end the futility and chronic divisiveness.** In contrast, by updating the Plan, we have articulated and established in general terms what the public, and therefore the City, wants and will accept. **This Council action provides greater clarity to developers, and finally enables the City to advocate on behalf of the residents by way of the Comprehensive Plan.**

*Why Now?*

Our Comprehensive Plan can be updated only when there is not an active proposal before the City for the relevant parcels. When there is a proposal before us, we can't change the applicable Plan, for both legal and practical reasons. Lifestyle Communities most recently had a proposal before the City from October 2020, until December 2021, when City Council (following the MPC) voted to deny their proposal. So a window opened with the removal of their proposal, making it possible that Council could update the Plan—but only if we did so before Lifestyle submitted another application.

*But isn't Lifestyle prevented from submitting a proposal until April, 2022?*

Following the rejection of their proposal by City Council, Lifestyle is indeed prevented from submitting a **rezoning proposal** until six months from the MPC meeting that denied their proposal. That would be April, 2022. But—**importantly**—Lifestyle could still submit various applications in conformity with existing zoning (e.g., a building permit) that would likewise prevent us from updating the UMCH Plan. In sum, Lifestyle could have acted at any time, effectively blocking us from updating our own Plan, locking in place for them the 2014 Plan.

*Why did you not announce this action beforehand?*

If we had made it publicly known that we were going to discuss and possibly update the Plan at our City Council meeting, Lifestyle could have acted before our meeting to block our action (by doing something as simple as submitting a building permit application, as discussed above). This is not a hypothetical—it actually happened back in 2020. At the September 21, 2020 Council meeting, I proposed that we discuss, and then act, to suspend the 2014 Plan. A Resolution had been prepared by our Law Director to effect this, but my motion was rejected largely on the basis that we needed to announce this beforehand to allow for public input. So what did Lifestyle do? They quickly submitted a proposal prior to our next meeting. **Through their unilateral actions, Lifestyle blocked our ability as a community to write our own planning documents, effectively holding us hostage to the outdated, high-density 2014 Plan.**

Normally, under almost all conceivable circumstances, public notice and engagement is a bedrock principle of sound governance that I fully embrace. The exceptions to this principle are very few, usually related to legal issues where early public disclosure could harm the city and its residents. **Given Lifestyle's history and past actions, the circumstances we faced were extraordinary and, I believe, warranted Council acting quickly without notice so as to preserve our ability to write our own Plan when and how we saw fit.** It was only in this way that we could avoid giving Lifestyle the ability to block our actions.

## The Choice We Faced, the Action We Took

Our city government, for the prior ten years, had managed the UMCH issue in such a way that it was divisive, unproductive, and unresolved. The status quo provided no end in sight. There were no new ideas, and no action planned. To me, successfully resolving the UMCH issue is of the highest importance to the community and, therefore, a central responsibility of mine and my colleagues on City Council. When the new Council was sworn in at the first meeting in January, and I was elected President as part of the new leadership team, I carefully considered the choices before us. I consulted repeatedly with our City Manager and Law Director. The choices were as follows:

1) Do nothing.

2) Announce ahead of time our plans to discuss and update the Plan, enabling Lifestyle to block our actions.

3) Discuss and update the Plan, without prior announcement, and therefore free from outside interference and with the ability to discuss and update further if desired.

The first choice would have consigned us to untold futility moving forward and the probability of an unwelcome outcome.

The second choice, announcing beforehand, would have allowed Lifestyle to block our ability to literally write our own plans for the future. **Giving any corporation this power over our community is completely unacceptable to me, and warranted Council taking the third choice.**

The third choice, acting quickly without notice, was the least undesirable of the three choices. But that is the position we were in, and I firmly believe that acting as we did was the best choice in the interest of the community.

If someone, knowing the facts outlined above, still says that we should have given prior public notice, what they are saying is that they would be OK with Lifestyle again having the capacity to block our ability to write our own Plan. That course of action would have been a failure of leadership and a breeching of my commitment to the public. I was unwilling to allow that possibility.

We can now move forward with robust public discussion and action, freed from the burden of the old 2014 Plan.

Below is the full text of the Resolution passed by council on 1.18.22, followed by the full text of the comprehensive plan amendment. As always, I welcome your feedback (**davidwrobinsonblog@gmail.com**).

---

RESOLUTION NO. xx-2022

Adopting an Amendment to the Comprehensive Plan Update and 2005 Strategic Plan, and the 2014 Amendment (Resolution No. 39-2014), for the United Methodist Children's Home Focus Area for the City of Worthington.

WHEREAS, City Council wishes to amend the Comprehensive Plan Update and 2005 Strategic Plan, including the 2014 Amendment (Resolution No. 39-2014), as it pertains to the United Methodist Children's Home Focus Area, in order to guide future use and development of the site and to encourage the social vibrancy and economic health of the City; and,

WHEREAS, City Council has, since the last Comprehensive Plan Update related to the United Methodist Children's Home Focus Area (Resolution No. 39-2014), received on multiple occasions and through many mediums communications from members of the public and public interest groups on the subject of UMCH development, which, in light of the City's prior

planning, has provided the insights and understandings needed to produce a well-grounded and high quality revision to the Plan; and,

WHEREAS, City Council wishes to utilize the Comprehensive Plan as an important source for guiding the development, wise growth, and long-term investments in the community.

NOW, THEREFORE, BE IT RESOLVED by the Council of the Municipality of Worthington, County of Franklin, State of Ohio:

SECTION 1. That the attached amendment to the Comprehensive Plan Update and 2005 Strategic Plan, including the 2014 Amendment (Resolution No. 39-2014), as it pertains to the United Methodist Children's Home Focus Area, be adopted to serve as a guide for future use and development of the site.

SECTION 2. That the Clerk of Council be and hereby is instructed to record this Resolution in the appropriate record book.

Adopted _____

_____

President of Council

_____

Clerk of Council

~

Text of the 2022 Comprehensive Plan, United Methodist Children's Home Focus Area

**United Methodist Children's Home Focus Area**

This section of the Worthington Comprehensive Plan was updated in 2022 for the United Methodist Children's Home Focus Area. This section, following a short Background introduction, is stated in terms of guiding principles and general components for future development of the site. This text reflects, following the 2014 update, a current understanding of public opinion, market conditions, and evolving societal and environmental values.

**Background**

The United Methodist Children's Home Focus Area, given the size and location of this undeveloped land, represents a unique opportunity for the City and residents of Worthington to enhance social vibrancy and economic prosperity in a sustainable manner. The site is located north of Old Worthington, and south of the High North and Worthington Gateway projects, along the High Street Corridor. This land, located between these historic and economic focal points, and directly across the street from City Hall, may serve as a centerpoint for City planning.

The goal of this update, as with the other content of this Plan, is to provide guidance regarding the range of desired land uses and development options, respectful of property valuation within current zoning, and to assist the City with its review and evaluation of any proposal. This Plan will guide and facilitate any future development process for this site in a manner that conforms with the well-being of the general public as well as the rightful interests of the property owners.

**Guiding Principles**

- It is important that the development of the property be considered and executed holistically, as an integrated whole.
- Because of its size and central location, this undeveloped land represents a singular opportunity for the City of Worthington to develop the property in a manner that is extraordinary and that serves the long-term interests of the community. As an historic community, it is natural and

appropriate for the City and its residents to think in this way.

- It is essential that any development of the site be harmonious and compatible with the fabric of surrounding neighborhoods and the natural environment. This pertains to traffic patterns, environmental impact, scale and density of any residential housing, impact on schools, and the architectural and aesthetic provisions inherent for any property, as are these parcels, located within the Architectural Review District. Stated positively, outcomes should increase community well-being and vibrancy, opportunities for social activities for persons of all ages, bicycle and pedestrian connectivity, commercial opportunities, and housing, appropriate in scale and type, that support these goals.

- We seek an outcome on this land that is distinctive, exceptional, and expressive of Worthington's own values and community ethos.

**General Components**

- Compatible with current S-1 zoning, a large contiguous greenspace, central to the property and inclusive of the Tucker Creek acreage, is a highly desirable component of any outcome.

- Commercial development, aimed at revenue generation for the City and select service-oriented retail that is compatible with the development, is highly desirable along High St., roughly in conformity with the existing C-2 and C-3 zoned areas.

- Residential housing, though requiring rezoning, is desirable, if: 1) it is creatively executed, and, 2) whether embedded within the commercial areas or free-standing, is harmonious in overall mass and scale, form, and impact upon surrounding neighborhoods.

~



# David Robinson

David Robinson lives in Worthington with his wife, Lorraine, and their three children—one who attends Kilbourne Middle School, one who attends Phoenix Middle School, and who is a graduate of the Linworth High School Program and Otterbein University. David is President and co-owner of Marcy Adhesives, Inc., a local manufacturing company. David has served on Worthington City Council since January, 2018, began serving as Council President in 2022, and is deeply committed to 1) advancing resident-centered policies, 2) supporting responsible development that enhances our unique historic character, 3) endorsing environmentally sustainable practices for both residents and city operations, 4) promoting the safety and well-being of all residents, and 5) preserving the walkable, tree-filled, family-friendly nature of our neighborhoods.

Copyright © David W. Robinson

‸