# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **LIFESTYLE COMMUNITIES, LTD**., *et al.*, | ) | Civil Action 2:22-CV-1775 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Judge Sarah D. Morrison |
| | ) | |
| **CITY OF WORTHINGTON, OHIO**, | ) | |
| | ) | |
| Defendant. | ) | Magistrate Judge Elizabeth P. Deavers |
| | ) | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

# EXHIBIT 11

| | |
|---|---|
| **From:** | Brown, Lee |
| **Sent:** | Thursday, February 01, 2018 10:07 AM |
| **To:** | McCorkle, David |
| **Subject:** | FW: UMCH Comp Plan |
| **Attachments:** | Worth Comp Plan UMCH Pages - 2018 CSH Notes.pdf |

This is exactly what I was talking about last month. I think a quick intermediary step could be done while we go through a lengthy process.

Please see attached.

Lee

**R. Lee Brown, AICP**
Director

**City of Worthington**
**Planning & Building Department**
374 Highland Avenue
Worthington, OH 43085
Main Line: 614.431.2424
Direct Line: 614.781.3539
Fax: 614.842.6336
www.worthington.org

**From:** Christopher S. Hermann [mailto:chermann@mkskstudios.com]
**Sent:** Thursday, February 01, 2018 1:26 AM
**To:** Greeson, Matt <MGreeson@ci.worthington.oh.us>; Brown, Lee <LBrown@ci.worthington.oh.us>
**Subject:** UMCH Comp Plan

Gentlemen,

One of the things I started to do while I was sick at home with the flu over Thanksgiving was review the Worthington UMCH Focus Area Comprehensive Plan text. I knew there was Council interest in revisiting this. I know the conversation has now turned to potentially updating the entire comprehensive plan. As a result, I just finished my thoughts to share with you in a pdf of the pages.

While political realities may dictate otherwise, I think there are a handful of tweaks that could be made to the existing focus area text that would satisfy a vast majority. It could be done without spending substantial city resources. At a minimum, this could be done quickly as a first step by Council's June deadline to allow a more comprehensive community discussion and education effort to occur on a more appropriate timeline for a full update of the master plan (I do think there are areas worthy of updated thinking – and when I read it now one of my first thoughts is how far our graphic and planning skills have advanced in 14 years).

I also believe it would be worth Council reading this section again together and discussing with you and staff. After reading it again myself, I think at least 90% (if not more) of the text would achieve majority support. By changing a few parameters related to maximum height and density, and possibly restricting residential development to for sale, most concerns would be addressed. I would recommend editing a few of the renderings to better reflect the changes, if made.

1

See what you think. Happy to talk.

Also – the owners of the Harding site (one of the other opportunity sites called out in the Comp Plan) are starting to move on some development planning.

Best,

Chris

Chris Hermann, AICP
principal
city & regional planner

**MKSK**
462 South Ludlow Alley
Columbus, Ohio 43215
**office:** 614 621-2796
**direct:** 614 686-0128
**web:** mkskstudios.com

blog | facebook | twitter | issuu | linkedin

SCIOTO GREENWAYS RECEIVES 2017 INTERNATIONAL
DOWNTOWN ASSOCIATION (IDA) PINNACLE AWARD!

_____ Information from ESET Endpoint Security, version of detection engine 16831 (20180201)
_____

The message was checked by ESET Endpoint Security.

http://www.eset.com

_____ Information from ESET Endpoint Security, version of detection engine 16833 (20180201)
_____

The message was checked by ESET Endpoint Security.

http://www.eset.com

_____ Information from ESET Endpoint Security, version of detection engine 16833 (20180201)
_____

The message was checked by ESET Endpoint Security.

http://www.eset.com

_____ Information from ESET Endpoint Security, version of detection engine 16834 (20180201)

PR01036

_____

The message was checked by ESET Endpoint Security.

http://www.eset.com

_____ Information from ESET Endpoint Security, version of detection engine 16835 (20180201)
_____

The message was checked by ESET Endpoint Security.

http://www.eset.com

**PR01037**