# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LIFESTYLE COMMUNITIES, LTD.**, *et al.*, | Civil Action 2:22-CV-1775 |
| Plaintiffs, | |
| v. | Judge Sarah D. Morrison |
| **CITY OF WORTHINGTON, OHIO**, | |
| Defendant. | Magistrate Judge Elizabeth P. Deavers |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 14

*LIFESTYLE COMMUNITIES*

*vs.*

*CITY OF WORTHINGTON*

---

Deposition of

**Thomas Hart**

January 11, 2024

---



614.460.5000 | www.priohio.com | pri@priohio.com

1 IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
2 EASTERN DIVISION

3 LIFESTYLE COMMUNITIES,  )
 LTD., ET AL.,  )
4  )
  Plaintiffs,  )
5  )
  vs.  ) Case No.
6  ) 2:22-cv-1775
 CITY OF WORTHINGTON,  )
7 OHIO,  )
  )
8  Defendant.  )

9

10

11 DEPOSITION

12 of THOMAS L. HART

13

14 Taken at the offices of
Vorys Sater Seymour and Pease LLP
15 52 East Gay Street
Columbus, Ohio 43215
16

17

18 on January 11, 2024, at 9:30 a.m.

19

20 Reported by: Julia Lamb, RPR, CRR

21

22 -=0=-

23

24

```
 1   APPEARANCES:

 2         Christopher L. Ingram
           VORYS SATER SEYMOUR AND PEASE LLP
 3         52 East Gay Street
           Columbus, Ohio 43215
 4         614.464.5480
           clingram@vorys.com
 5
                on behalf of the Plaintiffs.
 6

 7         Paul J. Schumacher
           DICKIE McCAMEY
 8         600 Superior Avenue East, Suite 2330
           Cleveland, Ohio 44114
 9         216.390.1795
           pschumacher@dmclaw.com
10
                on behalf of the Defendant.
11

12

13

14

15

16

17

18                      -=0=-

19

20

21

22

23

24
```

1 STIPULATIONS

2 It is stipulated by and between
3 counsel for the respective parties that the
4 deposition of THOMAS L. HART, the Witness
5 herein, called by the Defendant under the
6 applicable Rules of Federal Civil Court
7 Procedure, may be taken at this time by the
8 stenographic court reporter and notary public by
9 agreement of counsel; that said deposition may
10 be reduced to writing stenographically by the
11 court reporter, whose notes thereafter may be
12 transcribed outside the presence of the witness;
13 and that the proof of the official character and
14 qualification of the notary is waived.
15 -=0=-
16
17
18
19
20
21
22
23
24

1                    INDEX OF EXAMINATION

2                                                        PAGE

3    BY MR. SCHUMACHER:                                    6

4

5                      INDEX OF EXHIBITS

6    EXHIBIT              DESCRIPTION                    PAGE

7        Hart 1   Certificate of                           30
                  Appropriateness Application
8
         Hart 2   PUD - Preliminary Plan and               36
9                 Architecture Review Board
                  Submittals, 10-2-2020
10
         Hart 3   One-page document, 7-15-15               47
11
         Hart 4   City Council Statement                   49
12                Regarding UMCH Development
                  Adopted Monday, October 12,
13                2015

14       Hart 5   Two-page email, 11-13-20                 66

15       Hart 6   Two-page email chain                     68

16       Hart 7   Three-page email chain                   82

17       Hart 8   Certificate of                           90
                  Appropriateness Application
18
         Hart 9   Two-page email chain,                   119
19                10-15-21

20       Hart 10  Three-page email chain                  140

21       Hart 11  Four-page email chain                   165

22       Hart 12  Email, 11-5-19                          178

23       Hart 13  Copy of a newspaper article,            184
                  1-26-22
24

| | | | |
|---|---|---|---|
| 1 | 35 | Three-page email chain, 9-24-20 | 150 |
| 2 | 43 | City Council Agenda, 12-13-21 | 145 |
| 3 | 59 | Minutes of the Regular Meeting Worthington Architectural Review Board, Worthington Municipal Planning Commission, 1-14-21 | 96 |
| 4 | | | |
| 5 | | | |
| 6 | 83 | Portion of the Minutes of the Regular Meeting Worthington Architectural Review Board, Worthington Municipal Planning Commission, 10-14-21 | 98 |
| 7 | | | |
| 8 | | | |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1    you what we've now marked as Hart Exhibit 1.  So

2    take a minute to look at that.

3        A.  (Witness complies).

4        Q.  Have you had a chance to look that over?

5        A.  Yes.

6        Q.  Am I correct that the first two pages of

7    Exhibit 1 are the original application that you

8    made on October 2nd, 2020 to the city of

9    Worthington?

10            MR. INGRAM:  Objection.  The first two

11   pages are only the first two pages.

12       Q.  That's why I asked the question.  Are

13   the first two pages a portion of the application

14   you made on October 20th -- I'm sorry,

15   October 2nd, 2020?

16       A.  It's just the cover pages to the

17   application form.

18       Q.  And page 3 is your letter submitting a

19   revised concept plan in September -- I think

20   September 10th of 2021.  Is that correct?

21       A.  Yes.

22       Q.  Okay.

23       A.  Could I correct something really quick?

24       Q.  Sure.

1  like a copy of this document or do you have one?

2         MR. INGRAM:  We've got a copy of it.

3         MR. SCHUMACHER:  Okay.  Could you put a

4  sticker on the front of it.

5         May I retain the original?

6         MR. INGRAM:  It's your deposition.

7         MR. SCHUMACHER:  I will retain the

8  original.

9                      -=0=-

10               (Hart Exhibit 2 marked.)

11                     -=0=-

12  BY MR. SCHUMACHER:

13     Q.  Mr. Hart, we now marked as Exhibit 2 the

14  complete binder that I believe you submitted to

15  the city of Worthington on October 2nd, 2020 to

16  rezone the UMCH property, correct?

17     A.  I'm not sure when I submitted it.

18     Q.  Let's look back at Exhibit 1.  Does

19  Exhibit 1 indicate you filed the application on

20  October 2nd, 2020?

21     A.  No.

22     Q.  When was it filed?

23     A.  I'm not exactly sure when it was filed.

24     Q.  Do you have a copy of the application

1 CERTIFICATE

2 STATE OF OHIO :
SS:
3 COUNTY OF FRANKLIN :

4     I, Julia Lamb, RPR, CRR, a stenographic court reporter and notary public in
5 and for the State of Ohio, duly commissioned and qualified, do hereby certify that the
6 within-named THOMAS L. HART was first duly sworn to testify to the truth, the whole truth, and
7 nothing but the truth in the cause aforesaid; that the testimony then given was taken down by
8 me stenographically in the presence of said witness, afterwards transcribed; that the
9 foregoing is a true and correct transcript of the testimony; that this deposition was taken at
10 the time and place in the foregoing caption specified.
11
    I do further certify that I am not a
12 relative, employee or attorney of any of the parties hereto; that I am not a relative or
13 employee of any attorney or counsel employed by the parties hereto; that I am not financially
14 interested in the action; and further, I am not, nor is the court reporting firm with which I am
15 affiliated, under contract as defined in Civil Rule 28(D).
16
    In witness whereof, I have hereunto
17 set my hand at Columbus, Ohio, on this 23rd day of January, 2024.
18

19

20     *Julia Lamb*
21     Julia Lamb, RPR, CRR
22     Notary Public, State of Ohio

23 My commission expires: 10-10-27

24



# City of Worthington
**ARCHITECTURAL REVIEW BOARD**
Certificate of Appropriateness
Application

Case # __AR 70-2021__
Date Received _____
Fee $ 200 pd
Meeting Date __10/14/2021__
Filing Deadline 09/24/2021
Receipt # _____

1. Property Location  1033 High Street, Parcel #100-006774; 100-002427; 100-002425

2. Present/Proposed Use  S-1 Special; C-2 Community Shopping; C-3 Institutions/Mixed Use PUD

3. Zoning District S-1, C-3, C-2

4. Applicant _____

   Address  230 West Street, Ste. 200, Columbus, OH 43215

   Phone Number(s) 614-918-2000

   Email _____

5. Property Owner  United Methodist Childrens Home

   Address  431 E. Broad St., Columbus, OH 43215

   Phone Number(s) 614-885-5020

   Email _____

6. Project Description  modern amenitized mixed use development including single-family homes, ~~owner-occupied townhomes, for-rent townhomes~~ and apartments, commercial uses such as office, medical offices, restaurants, work-facilities and outdoor recreation and ~~community spaces connected with~~ paths and sidewalks, multi-story parking facilities and protected natural area

7. Project Details:

   a) Design  See attached project narratives

   b) Color  Colors vary but are comparable with existing neighborhood

   c) Size  19 SF, 166 townhomes, 540 apartments; 60,000 SF commercial ~~25,000 SF medical~~

   d) Approximate Cost Estimate pending   Expected Completion Date  2 to 4 years from construction start

PLEASE READ THE FOLLOWING STATEMENT AND SIGN YOUR NAME:
The information contained in this application and in all attachments is true and correct to the best of my knowledge. I further acknowledge that I have familiarized myself with all applicable sections of the Worthington Codified Ordinances and will comply with all applicable regulations.

_____  10.02.2020
Applicant (Signature)         Date

_____  10-2-2020
Property Owner (Signature)    Date

**DEPOSITION EXHIBIT**
Hart 1  1-11-24



# City of Worthington

## PLANNED UNIT DEVELOPMENT
### PRELIMINARY PLAN APPLICATION

Case # PUD 03-2020
Date Received
Fee $1,300 pd
Meeting Date 10/14/2021
Filing Deadlin 09/24/2021

1. Property Location __1033 High St; Parcel#100-006774; 100-002427; 100-002425__

2. Present Zoning __S-1; Special; C-3 Institutions/Offices__ Present Use __Institutional Office__
   ~~C-2 Community Shopping Ctr~~

3. Proposed Use __PUD with Mixed Uses of single family, multi-family, townhouses apartments, commercial and medical office__

4. Applicant _____

   Address __230 West St, Ste 200, Columbus, OH 43215__

   Home Phone __N/A__  Work Phone __614-918-2000__

5. Property Owner __United Methodist Childrens Home__

   Address __431 E. Broast St, Columbus, OH 43215__

   Home Phone __N/A__  Work Phone __614-885-5020__

6. Project Description __Modern, amenitized mixed use development including__

   __single family homes, owner-occupied townhomes, for rent townhomes and apartments,__
   __commercial uses such as office, medical offices, restaurants, work facilities__
   __and outdoor recreation and community spaces connected with paths and__
   __sidewalks, multi-story parking facilities and protected natural area.__

PLEASE READ THE FOLLOWING STATEMENT AND SIGN YOUR NAME:

The information contained in this application and in all attachments is true and correct to the best of my knowledge. I further acknowledge that I have familiarized myself with all applicable sections of the Worthington Codified Ordinances and will comply with all applicable regulations.

_signature_  10-02-2020
Applicant (Signature)  Date

_signature_ for UM  10-2-2020
Property Owner (Signature) Childrens Home  Date
Champion

Worthington 003243