**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **LIFESTYLE COMMUNITIES, LTD.**, *et al.*, | Civil Action 2:22-CV-1775 |
| Plaintiffs, | |
| v. | Judge Sarah D. Morrison |
| **CITY OF WORTHINGTON, OHIO**, | |
| Defendant. | Magistrate Judge Elizabeth P. Deavers |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 15

**From:** Mikel Coulter [mcoulter@ctleng.com]
**Sent:** 10/12/2020 12:11:47 PM
**To:** Brown, Lee [Lee.Brown@worthington.org]
**Subject:** RE: UMCH

Let me know if you'd like me to participate.

**From:** Brown, Lee <Lee.Brown@worthington.org>
**Sent:** Monday, October 12, 2020 11:39 AM
**To:** Mikel Coulter <mcoulter@ctleng.com>
**Subject:** RE: UMCH

[EXTERNAL EMAIL WARNING]

Yea.  I am trying to get something together with Tom Hart next week.

R. Lee Brown, AICP
Director

**City of Worthington**
**Planning & Building Department**
374 Highland Avenue
Worthington, Ohio 43085
Main Line:  614.431.2424
Direct Line: 614.781.3539
www.worthington.org

**From:** Mikel Coulter <mcoulter@ctleng.com>
**Sent:** Monday, October 12, 2020 11:14 AM
**To:** Brown, Lee <Lee.Brown@worthington.org>
**Subject:** RE: UMCH

Is LC aware of the buzz saw they are running into?  Do we need to have a meeting with them to discuss it?  I know they have a new team but is the new team aware of the past history of this site?

Mikel

**From:** Brown, Lee <Lee.Brown@worthington.org>
**Sent:** Monday, October 12, 2020 10:56 AM
**To:** Dave Foust <fousteng@aol.com>; Ed Hofmann <edhofmannarb@gmail.com>; Kathy Holcombe <kathy.holcombe@herrealtors.com>; Bitar, Lynda <Lynda.Bitar@worthington.org>; Mikel Coulter <mcoulter@ctleng.com>; Rick Schuster <rschuster@allseasonsfinancial.com>; Myers, Scott <Scott.Myers@worthington.org>; Susan Hinz <hinzssh@gmail.com>; Tom Reis <tom.reis@korda.com>
**Cc:** Thomas L. Hart (thart@isaacwiles.com) <thart@isaacwiles.com>
**Subject:** UMCH

[EXTERNAL EMAIL WARNING]

R. Lee Brown, AICP
Director

**City of Worthington**
**Planning & Building Department**
374 Highland Avenue
Worthington, Ohio 43085
Main Line: 614.431.2424
Direct Line: 614.781.3539
www.worthington.org

DISCLAIMER This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s). If you are not the intended recipient you must not disseminate, copy or take any action in reliance on it, and we request that you notify CTL immediately. This e-mail may contain viruses. CTL has taken every reasonable precaution to minimize this risk, but is not liable for any damage you may sustain as a result of any virus in this e-mail. . Any views expressed in this message are those of the individual sender, except where they are specifically stated to be the views of CTL.