# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LIFESTYLE COMMUNITIES, LTD.**, *et al.*, | Civil Action 2:22-CV-1775 |
| Plaintiffs, | |
| v. | Judge Sarah D. Morrison |
| **CITY OF WORTHINGTON, OHIO**, | |
| Defendant. | Magistrate Judge Elizabeth P. Deavers |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 16

**From:** Robinson, David [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=06078A4E629C4DD7BA92321C7AAEE3A3-ROBINSON, D]
**Sent:** 2/7/2021 12:21:42 PM
**To:** Moloney@metroparks.net
**Subject:** Quarry Trails; legal/financial structure of project?

Hello Tim,

Could we talk some time about how you have structured the Quarry Trails project? And if you think it would save time, if you have any info you could send beforehand that would be appreciated. As you may know, we're wrestling with the outcome of a significant property (30-40 acres, depending on how you count it) in the here of Worthington (commonly referred to as "UMCH" but recently purchased by Lifestyle Communities). Significant portions of the electorate (a clear majority I would say, including myself) are seeking to realize a community commons on the land. Thanks ahead of time.

David

David Robinson
City Council Member
Worthington, Ohio
mobile - 614-893-4573
david.robinson@worthington.org
davidrobinsonblog.com