# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LIFESTYLE COMMUNITIES, LTD.**, *et al.*, | Civil Action 2:22-CV-1775 |
| Plaintiffs, | |
| v. | Judge Sarah D. Morrison |
| **CITY OF WORTHINGTON, OHIO**, | |
| Defendant. | Magistrate Judge Elizabeth P. Deavers |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

# EXHIBIT 18

*LIFESTYLE COMMUNITIES*

*vs.*

*CITY OF WORTHINGTON*

---

Deposition of

**Michael DeAscentis**

January 26, 2024

---



614.460.5000 | www.priohio.com | pri@priohio.com

```
1        IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
2                  EASTERN DIVISION

3   LIFESTYLE COMMUNITIES,      )
    LTD., ET AL.,               )
4                               )
         Plaintiffs,            )
5                               )
         vs.                    )   Case No.
6                               )   2:22-cv-1775
    CITY OF WORTHINGTON,        )
7   OHIO,                       )
                                )
8        Defendant.             )

9

10

11              VIDEOTAPED DEPOSITION

12            of MICHAEL DEASCENTIS II

13

14            Taken at the offices of
           Vorys Sater Seymour and Pease LLP
15              52 East Gay Street
                Columbus, Ohio 43215
16

17

18       on January 26, 2024, at 9:28 a.m.

19

20        Reported by: Julia Lamb, RPR, CRR

21

22                    -=0=-

23

24
```

```
 1   APPEARANCES:

 2         Joseph R. Miller
           Christopher L. Ingram
 3         VORYS SATER SEYMOUR AND PEASE LLP
           52 East Gay Street
 4         Columbus, Ohio 43215
           614.464.5480
 5         jrmiller@vorys.com
           clingram@vorys.com
 6
                 on behalf of the Plaintiffs.
 7


 8         Paul J. Schumacher
           DICKIE McCAMEY
 9         600 Superior Avenue East, Suite 2330
           Cleveland, Ohio 44114
10         216.390.1795
           pschumacher@dmclaw.com
11
                 and
12
           Richard J. Silk, Jr.
13         DICKIE McCAMEY
           10 West Broad Street, Suite 1950
14         Columbus, Ohio 43215
           614.484.1187
15         rsilk@dmclaw.com

16               on behalf of the Defendant.

17

18

19

20   ALSO PRESENT:

21      Pat Flaherty, Videographer

22

23                       -=0=-

24
```

1  STIPULATIONS

2  It is stipulated by and among counsel
3  for the respective parties that the videotaped
4  deposition of MICHAEL DEASCENTIS II, the Witness
5  herein, called by the Defendant under the
6  applicable Rules of Federal Civil Court
7  Procedure, may be taken at this time by the
8  stenographic court reporter and notary public by
9  agreement of counsel; that said deposition may
10 be reduced to writing stenographically by the
11 court reporter, whose notes thereafter may be
12 transcribed outside the presence of the witness;
13 and that the proof of the official character and
14 qualification of the notary is waived.
15                      -=O=-
16
17
18
19
20
21
22
23
24

1                     INDEX OF EXAMINATION

2                                                    PAGE

3  BY MR. SCHUMACHER:                                13

4

5

6                      INDEX OF EXHIBITS

7  EXHIBIT            DESCRIPTION                    PAGE

8     1        Email, 9-19-12                         25

9     2        Two-page email chain                   27

10       Brownlee 2 Development Agreement             31

11       Brownlee 3 Real Estate Purchase              34
                    Contract
12
      3        Two-page email chain                   38
13
      4        Loan Summary                           39
14
      5        Two-page email chain                   62
15
      6        Memo to Sam Koon                       69
16
      7        Email, 4-23-15                         80
17
      8        Three-page email chain                 86
18
      9        Two-page email chain                   90
19
     10        One-page email chain,                  93
20             7-16-15, with attached
               letter, 7-15-15
21
     11        One-page email chain with             101
22             attached City Council
               Statement Regarding UMCH
23             Development Adopted Monday,
               October 12, 2015
24

| | | | |
|---|---|---|---|
| 1 | 12 | Email, 12-15-16 | 103 |
| 2 | 13 | Flowchart | 121 |
| 3 | 14 | Two-page email chain | 132 |
| 4 | 15 | Two-page email chain, 6-3-19 | 132 |
| 5 | 16 | Lifestyle Communities Presentation Notes Building Worthington's Future meeting, 6-3-19 | 134 |
| 6 | | | |
| 7 | | | |
| | 17 | One-page email chain | 136 |
| 8 | | | |
| | 18 | Two-page email chain | 138 |
| 9 | | | |
| | 19 | Michael DeAscentis Building Worthington's Future meeting, 6-3-19 | 138 |
| 10 | | | |
| 11 | | | |
| | 20 | Email, 6-28-19 | 142 |
| 12 | | | |
| | 21 | Three-page email chain, 7-5-19 | 144 |
| 13 | | | |
| 14 | 22 | Two-page email chain, 7-15-19 | 144 |
| 15 | 23 | Letter, 10-7-19 | 150 |
| 16 | 24 | Email, 11-5-19 | 158 |
| 17 | 25 | One-page email chain, 12-23-20 | 161 |
| 18 | | | |
| | 26 | Two-page email chain, 4-9-21 | 168 |
| 19 | | | |
| | 27 | Email, 1-27-21 | 191 |
| 20 | | | |
| | 28 | Two-page email chain, 10-29-21 | 198 |
| 21 | | | |
| 22 | 29 | Letter, 10-29-21 | 201 |
| 23 | | | |
| 24 | | | |

1  did to try and get your zoning approved as you

2  said you were going to do.

3· · · · · · MR. MILLER:· Objection to form.· Asked

4  and answered.

5· · · A.· We typical -- we did on this project

6  probably more than we do on other projects in

7  terms of trying to engage the community to get

8  their support.· So we go to meetings, we hear

9  what their concerns are, we ask them about their

10  product they want, ask them about the type of

11  product, ask them about greenspace.· We went to

12  various constituent groups.· We talked to

13  various people at city council.

14· · · · · · I specifically worked a lot with Matt

15  Greeson, and he gave me the direction to go

16  engage Yaromir Steiner, he gave me the direction

17  of who to meet with.· And so again, we did more

18  on this project to get community support than we

19  typically do.· I'm a Columbus guy, and I felt

20  like we should -- we should do -- use, you know,

21  best efforts to see if they like the project.

22· · · Q.· But as we've discussed you continued to

23  get negative feedback from the community itself,

24  didn't you?

1        CERTIFICATE

2   STATE OF OHIO        :
                         SS:
3   COUNTY OF FRANKLIN :

4           I, Julia Lamb, RPR, CRR, a
    stenographic court reporter and notary public in
5   and for the State of Ohio, duly commissioned and
    qualified, do hereby certify that the
6   within-named MICHAEL DEASCENTIS II was first
    duly sworn to testify to the truth, the whole
7   truth, and nothing but the truth in the cause
    aforesaid; that the testimony then given was
8   taken down by me stenographically in the
    presence of said witness, afterwards
9   transcribed; that the foregoing is a true and
    correct transcript of the testimony; that this
10  deposition was taken at the time and place in
    the foregoing caption specified.
11
            I do further certify that I am not a
12  relative, employee or attorney of any of the
    parties hereto; that I am not a relative or
13  employee of any attorney or counsel employed by
    the parties hereto; that I am not financially
14  interested in the action; and further, I am not,
    nor is the court reporting firm with which I am
15  affiliated, under contract as defined in Civil
    Rule 28(D).
16
            In witness whereof, I have hereunto
17  set my hand at Columbus, Ohio, on this 9th day
    of February, 2024.
18

19

20          *Julia Lamb*
21          Julia Lamb, RPR, CRR
22          Notary Public, State of Ohio

23  My commission expires: 10-10-27

24