From: Jode Ballard on behalf of Jode Ballard <jballard@lifestylecommunities.com> <jballard@lifestylecommunities.com>
Sent: Tue 11/05/2019 9:32 PM (GMT-00:00)
To: Eric Buchanan <ebuchanan@lifestylecommunities.com>
Cc:
Bcc:
Subject: LC Worthington (OH) -- Potential timelines for submittal & hearings

Eric,

Below are two potential DRAFT timelines for rezoning submittal & hearings, depending on how the elections shake out today. I'll PDF the smartsheet that compiles these dates and milestones, as well as assemble the granular items that are upcoming in the first few months.

If 2 or more ANTI-Development council-persons are elected:

11/22/19 -- File Application
12/12/19 -- 1st Hearing Planning Commission & ARB
8-12 months -- Planning Commission & ARB continued hearings (recommendation vote made)
10/5/20 -- City Council 1st Reading
10/19/20 thru 11/9/20 -- Public Hearing (this could take multiple sessions/dates)
12/7/20 -- City Council 2nd Reading & vote
11/2/2021 -- referendum ballot vote

If 2 or more PRO-Development council-persons are elected:

1/10/20 -- File Application
1/23/20 -- Planning Commission (assume we are continued)
8-12 months -- Planning Commission & ARB continued hearings (recommendation vote made)
11/2/20 -- City Council 1st Reading
11/16/20 thru 12/14/20 -- Public Hearing (this could take multiple sessions/dates)
1/11/21 -- City Council 2nd Reading and vote
11/2/2021 -- referendum ballot vote

These potential timelines would be adjusted if a land carve-out for Ohio Health becomes a reality, and our rezoning application must be amended.

Thank you,


**Jode Ballard, PE** *(FL)*
Director of Development

**LC | Lifestyle Communities**

cell: 502.523.6487
website | facebook | instagram


DEPOSITION EXHIBIT
Hart 12  1-11-24

*Voted "Best Places to Work"*
*2012, 2013, 2014, 2015 Business First*

CONFIDENTIAL