**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **LIFESTYLE COMMUNITIES, LTD**., *et al.*, | ) | Civil Action 2:22-CV-1775 |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Judge Sarah D. Morrison |
| | ) | |
| **CITY OF WORTHINGTON, OHIO**, | ) | |
| | ) | Magistrate Judge Elizabeth P. Deavers |
| Defendant. | ) | |
| | ) | |

**NOTICE OF APPEAL FILED BY PLAINTIFFS
LIFESTYLE COMMUNITIES, LTD. AND WORTHINGTON CAMPUS, LLC**

Notice is hereby given that Plaintiffs Lifestyle Communities, Ltd. and Worthington Campus, LLC (together, "Lifestyle"), hereby appeal to the United States Court of Appeals for the Sixth Circuit from the final Judgment that was entered on December 27, 2024 (ECF No. 90), and from the December 27, 2024 Opinion and Order granting the motion for summary judgment filed by Defendant City of Worthington, Ohio ("City") and denying Lifestyle's motion for summary judgment (ECF No. 89), and from all prior orders that have merged into the Judgment, including without limitation, the Opinion and Order granting in part the City's motion to dismiss, entered on March 15, 2023 (ECF No. 37), and the Order denying in part Lifestyle's motion for reconsideration, entered on August 11, 2023 (ECF No. 50).

Dated: January 24, 2025

Respectfully submitted,

VORYS, SATER, SEYMOUR AND PEASE LLP

*/s/ Joseph R. Miller*

Joseph R. Miller (0068463), *Trial Attorney*
Christopher L. Ingram (0086325)
Kara M. Mundy (0091146)
Emily J. Taft (0098037)
52 East Gay Street, P.O. Box 1008
Columbus, Ohio 43216-1008
Tel: (614) 464-6233
jrmiller@vorys.com
clingram@vorys.com
kmmundy@vorys.com
ejtaft@vorys.com

*Counsel for Plaintiffs*
*Lifestyle Communities, Ltd. and*
*Worthington Campus, LLC*

## **CERTIFICATE OF SERVICE**

I certify that the foregoing was served on all parties of record by through the CM/ECF system on January 24, 2025.

/s/ Joseph R. Miller
Joseph R. Miller